From: Nicole Gray nicoleanastasia@rocketmail.com
Subject: Fwd: USPS eReceipt
Date: Oct 3, 2026 at 8:05:28 AM
To: filingdocs_ecf_chas@scd.uscourts.gov

RCVD - USDC - CHAS, SC
2026 OCT 6 PM12:49

Clerk of Court

United States District Court
District of South Carolina
Charleston Division

**Re: Nicole Anastasia Gray v. Kelly Government Solutions, et al.**
**Civil Action No.** 2:26-cv-4484-BHH-MGB

Dear Clerk of Court:

Please accept the documents that were enclosed in the below certified mailing for filing in the above-referenced matter. Plaintiff, **Nicole Anastasia Gray, proceeding pro se,** has enclosed **two of each document** for filing in the US Certified mailing shown below.

The filing package includes the following:

1. Civil Cover Sheet;
2. Summons for each Defendant;
3. Complaint (Jury Trial Demanded), with incorporated exhibits attached thereto;
4. Form USM-285 for each Defendant.

For purposes of ensuring timely receipt, Plaintiff is transmitting the filing materials to the Clerk's Office in **two manners.** The original filing package, including two copies of each document, is being sent to the Clerk's Office by **United States Certified Mail.** An additional electronic copy of the filing materials is also being transmitted by **email to the Charleston Division's filing documents ECF email address, filingdocs_ecf_chas@scd.uscourts.gov, as a secondary and backup method of transmission in the interim.**

Plaintiff respectfully requests that documents be accepted and processed for filing upon receipt.

In addition, Plaintiff respectfully requests permission to participate in the Court's **CM/ECF electronic filing system as a pro se litigant** in this action. Plaintiff would like to receive electronic notices and, if permitted by the Court, electronically file subsequent pleadings, motions, responses, and other documents in this matter.

If permission is granted, Plaintiff respectfully requests that the Clerk's Office provide any applicable registration forms, instructions, training requirements, or other information necessary to obtain authorization and access to CM/ECF. Plaintiff is willing to comply with all applicable Federal Rules of Civil Procedure, Local Rules, CM/ECF policies and procedures, and any additional requirements imposed by the Court for pro se electronic filing.

Please advise Plaintiff if a separate motion, application, or proposed order is required to obtain permission for pro se electronic filing.

Plaintiff would also like to submit for electronic filing two additional documents which were not included in yesterday's certified mailing. Those documents are attached to this email below. In the event those documents cannot be accepted for electronic filing, please inform the plaintiff, and she will send physical copies to the clerk:

1. Local Rules Interrogatories, as required;
2. Application to Proceed in District Court Without Prepaying Fees or Costs; an

Thank you for your assistance in processing the enclosed filing and Plaintiff's request for electronic filing privileges. Please advise if any additional documents, information, or forms are required.

Sincerely,

Nicole Anastasia Gray