TAK

FILED

2026 MAR 13 PM 12:47

CLERK OF COURT
BERKELEY COUNTY, SC

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE FAMILY COURT OF THE NINTH JUDICIAL CIRCUIT |
| COUNTY OF BERKELEY | ) | CASE NO.: 2026-DR-08-1058 |
| SYLVIA WRIGHT, Plaintiff, | ) | |
| -v- | ) | **SUMMONS** |
| CARLTON WRIGHT, Defendant. | ) | |

**TO THE DEFENDANT ABOVE NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is herewith served upon you; and to serve a copy of your Answer to the said Complaint upon the subscribers at their offices at 56 Folly Road Blvd., Charleston, South Carolina, within thirty (30) days after the service hereof; exclusive of the day of such service.

**YOU ARE HEREBY GIVEN NOTICE FURTHER** that if you fail to appear and defend and answer the said Complaint as required by this Summons within the time required, exclusive of the day of such service, judgment by default will be entered against you for the relief demanded in the Complaint.

RESPECTFULLY SUBMITTED,

Mary J. Murray, Esq.
Giulia S. Leonard, Esq.
Murray Family Law, LLC
56 Folly Road Blvd.
Charleston, SC 29407
(843) 284-6529

ATTORNEYS FOR PLAINTIFF

April 9th, 2026
Charleston, South Carolina

STATE OF SOUTH CAROLINA ) IN THE FAMILY COURT
COUNTY OF Berkeley ) NINTH JUDICIAL CIRCUIT

SYLVIA WRIGHT,
Petitioner,

vs.

CARLTON WRIGHT,
Respondent.

FAMILY COURT COVERSHEET

Docket No. 2026-DR-08-658

TAK
FILED
2026 APR 13 PM 12:47

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for docketing purposes for the Clerk of Court and must be signed and dated, and filled out completely. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

Submitted by: Mary J. Mulrray SC Bar #: 68502
Address: 56 Folly Road Blvd. Telephone #: (843) 284-6529
Charleston, SC 29407 Fax #:
Email: mjmurray@lawyershmp.com Other: kami@lawyershmp.com

DOCKETING INFORMATION

☐ This case is subject to MEDIATION pursuant to the Family Court Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR (certificate attached).

**Nature of Action Codes (Check One)**

**Marital Dissolution**
- ☐ Divorce (110)
- ☐ Annulment (120)
- ☒ Separate Support and Maintenance (130)
- ☐ Registration of Foreign Divorce Decree – without support/custody (190)
- ☐ Registration of Foreign Divorce Decree – with support/custody (191)
- ☐ Marital Dissolution – Other (199):

**Abuse and Neglect**
- ☐ Abuse and Neglect – Child (210)
- ☐ Abuse and Neglect – Adult (220)
- ☐ Abuse and Neglect – Other (299):

**Juvenile Delinquency**
- ☐ Truancy (311)
- ☐ Incorrigible (312)
- ☐ Runaway (313)
- ☐ Criminal Offense – Drug (315)
- ☐ Criminal Offense – Against a Person (316)
- ☐ Criminal Offense – Property (317)
- ☐ Criminal Offense – Public Order (318)
- ☐ Criminal Offense – Other (320):
- ☐ Juvenile Delinquency – Other (399):

**Protection from Domestic Abuse**
- ☐ Domestic Abuse – Intimate Partner (410)
- ☐ Domestic Abuse – Minor (420)
- ☐ Registration of Foreign Order of Protection (490)
- ☐ Domestic Abuse – Other (499):

**Support**
- ☐ Child Support – Private (501)
- ☐ Child Support – Administrative Process (502)
- ☐ Child Support – Judicial Process (503)
- ☐ Registration of Foreign Order of Support (504)
- ☐ UIFSA – Outgoing (505)
- ☐ UIFSA – Incoming (506)
- ☐ Modification of Child Support – Private (507)
- ☐ Modification of Child Support – DSS (508)
- ☐ Modification of Alimony (525)
- ☐ College Expenses (530)
- ☐ Support – Other (599):

**Custody/Visitation**
- ☐ Child Custody/Visitation (610)
- ☐ Modification of Custody/Visitation (615)
- ☐ Temporary Custody – Nonparent (616)
- ☐ Registration of Foreign Child Custody Order (690)
- ☐ Visitation Involvement Parenting (VIP) (DSS only) (691)
- ☐ Custody/Visitation – Other (699):

**Miscellaneous Actions**
- ☐ Name Change (710)
- ☐ Correction/Birth Record (720)
- ☐ Adoption (740)
- ☐ Foreign Adoption (741)
- ☐ Paternity – DSS (772)
- ☐ Paternity – Private (781)
- ☐ Judicial Bypass (730)
- ☐ Post Dissolution Equitable Distribution (750)
- ☐ Termination of Parental Rights – Private (771)
- ☐ Termination of Parental Rights – DSS (772)
- ☐ Misc. Actions – Other (799):

Submitting Party Signature: [signature] Date: 4/9/26
Custodial Parent (if applicable): N/A

Note: Frivolous civil proceedings are subject to sanctions pursuant to Rule 11, SCRCP, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §§ 15-36-10 et seq.
SCCA 467 (Revised 11/2024)