L

M: Nicole Gray,
119 Alwyn Blvd.
Summerville, SC 29485

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 4233 2791 62

Retail

UNITED STATES POSTAL SERVICE®

29401

U.S. POSTAGE PAID
PM
SUMMERVILLE, SC 29485
OCT 02, 2026

$19.00

RDC 03 3 Lb 13.90 Oz S2324E501076-75

TO: U.S District Court, Clerk
85 Broad St.
Charleston, SC 29401

RECEIVED
USDC CLERK, CHARLESTON, SC
2026 OCT -6 P 2:11

10 1/2" x 16" L

## *Send It Your Way*



**Pick.** **Pack.** **Ship.**

*Visit **USPS.com**® for Shipping Supplies & Services*