# Exhibit # 1

From: Alexis Hess ALEH271@kellyservices.com
Subject: First Day Instructions - Nicole Gray SA2B Charleston Passport Agency
Date: May 8, 2024 at 11:41:00 AM
To: NICOLEANASTASIA@rocketmail.com
Cc: Kristi Boggs krib244@kellyservices.com

Hello Nicole,

Welcome to Kelly Government Solutions and congratulations on your new position at the Passport Agency. I would like to thank you for your time, patience, and diligence in getting through the lengthy process.

I am your talent engagement specialist while you are on this assignment. I am here for any questions or concerns you may have regarding your assignment, employment, time off requests, etc. should be directed to me. You can reach out to me via phone, text, or email. My contact information is below. I am on the East Coast so after 5pm eastern I may not be available immediately.

Below is all the information you'll need for your first day and for the duration of your assignment. Please read the email below thoroughly and let me know if you have any questions.

In addition to your hourly pay you will be provided $4.57/hr toward a Health and Welfare (H&W) benefit. It can be distributed as medical, 401K or cash (added to hourly pay). If no selection is made, your benefit will default to cash. I have attached the benefit orientation form, which you will need to complete and return to us within 24 hours to avoid a delay in pay. As a reminder, you may only choose one option. If you choose something other than medical, and later sign up for medical, your selection will be changed to medical. You may receive medical benefits information approximately 30 days after starting. DO NOT SIGN UP, unless your H & W election was medical.

You also will accrue Federal Sick Leave. Your balance will be reflected on your paystubs. Please use the attached form to request the use of any of this time.

You are working for KGS on a CGI contract with the Charleston Passport Agency. This is a contract supporting the federal government; however, you are not considered a government employee, but a contractor.

If requesting time off or calling out for the day notify both your site supervisor and KGS.

Your supervisors' names and work location is:

Beverly Scarlett and Ray Martinez
U.S. Federal Market I CGI
1269 Holland St., Bldg. D, Charleston, SC

Please report for your first day on Monday, May 13, 2024. Please report at 9:00 AM (Plan to arrive 15 – 30 minutes early for security). You will work 9:00 AM – 5:30 PM on Monday. Your permanent schedule should be 3:30 PM - 12:00 AM, please confirm this with your supervisor on your first day. At times, some overtime may be required. You are asked to be flexible in supporting the needs of the program. If you're ever running late or unable to come in for any reason please notify both me and your CGI supervisor.

Parking directions are attached. It is important that you take time to read the instructions and familiarize yourself with the area. Do not park in a reserved parking spot. If the primary CPC parking lot is full move to the overflow parking lot. See attached directions.

For a car placard (vehicle access to facility) please bring the following:

1 - SC Driver's License
2 – SC Car Registration
3 – Current Car Insurance

Be sure to bring two forms of ID with you.

Please note there is a "no cell phone" policy at the Passport Center. You will not be permitted to have or use a cell phone on site.

During an eight hour shift you will receive two paid 15 minute breaks and an unpaid 30 minute lunch. All breaks are mandatory. The cafeteria will be closed during your shift, so if needed you should bring a meal with you. There are refrigerators and a microwave available for your use. The facility does also provide lockers and a break room.

You will need to submit your time electronically using the customer's timekeeping portal, Deltek. You will be provided instructions for the system by your site supervisor.

- Time should be entered daily by close of business.
- Timesheets must be completed and signed by Noon every Friday.

Payday is every Friday Please aim to enter your time by Friday each week.

You are encouraged to sign up for electronic access to your paystub information and year end W-2 through the ePaystub/W2 program. It is to your benefit to register for this convenience. Copy and paste the link below into your browser to be taken to the site.

https://ebpp.documentdna.com/kellyus/login.aspx

You will be able to register on the site after receiving your first pay. Please note the number to our Employee Service Center. They are available to assist you with all your payroll-related inquiries.
Employee Service Center 1-866-535-5948

Your ALT ID which is required to register is: 14970788

Please let me know if you have any questions. I look forward to working with you.

Thanks,

**Alexis Hess**
Talent Engagement Specialist
Mobile +1-717-433-2246
Web government.kellyservices.us

Kelly Government Solutions

| Important Kelly Phone Numbers: |
|---|
| Employee Service Center: 866-535-5948 (Payroll Inquiries) |
| Automatic Paycheck Hotline: 800.762.8011 |
| Software Support: 800.535.5928 (Technical Issues) |
| ePaystubs / eW-2 Website: 1.800.733.7842 |
| Benefits Department: 1.800.376.4964 |
| Peoplenet Support: 1.800.669.9765 |

W Tap to Download
**CGI Sick Leave Request.docx**
65 KB

W **Dress Code.doc**
25 KB

W **KGS Handbook Addendum CGI Federal.doc**
55 KB

W Tap to Download
**CPC Directions (1).docx**
20 KB

pdf **Nicole Gray Charleston SA2B BOF.pdf**
89 KB