# Exhibit # 2

From: **Alexis Hess** ALEH271@kellyservices.com
Subject: **Promotion - Revised Benefit Orientation Form**
Date: **Nov 13, 2024 at 2:46:25 PM**
To: **Nicole Gray** nicoleanastasia@rocketmail.com

Hello Nicole,

I apologize for the delay. Congratulations as we finally received your clearance for promotion. I have attached a revised Benefit Orientation form. This is simply to show the updated rate. Your H & W election as well as your benefit anniversary date will remain the same. Please let me know if you have any questions.

Thanks,

**Alexis Hess**
Talent Engagement Specialist
Mobile +1-717-433-2246
Web government.kellyservices.us

**Kelly Government Solutions**

| **Important Kelly Phone Numbers:** |
|---|
| **Employee Service Center:** 866-535-5948 (Payroll Inquiries) |
| **Automatic Paycheck Hotline:** 800.762.8011 |
| **Software Support:** 800.535.5928 (Technical Issues) |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 |
| **Benefits Department:** 1.800.376.4964 |
| **Peoplenet Support:** 1.800.669.9765 |

pdf **Nicole Gray Charleston SA3 BOF.pdf**
96 KB

From: **securityclearance** securityclearance@state.gov
Subject: **RE: Gray, Nicole Anastasia – PLEASE READ – Important Information on Your Security Clearance Application with the U.S. Department of State**
Date: **Aug 28, 2024 at 6:20:23 AM**
To: **Nicole Gray** nicoleanastasia@rocketmail.com

Hello Nicole,

Thank you for your email. Your case has closed, and you have eligibility to hold a Moderate Risk Public Trust. Please contact your hiring official or **GTM/HR** officer for further guidance as you go through the hiring process. They received notification from our office on 08/02/2024.

This e-mail regarding your security clearance and investigation status is provided for information only. The official clearance certifications are sent to the requesting office upon completion.

U.S. Department of State
Diplomatic Security Service

**Danica**
**Program Manager**

771-333-6740
Facebook | Flickr | Instagram | LinkedIn | X

SBU -LAW ENFORCEMENT

**From:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Sent:** Tuesday, August 27, 2024 10:03 PM
**To:** securityclearance <securityclearance@state.gov>
**Subject:** Fwd: Gray, Nicole Anastasia – PLEASE READ – Important Information on Your Security Clearance Application with the U.S. Department of State

Hello,

Would you be able to give me a status update on the above referenced clearance application?

Thanks so much for your help

Sincerely, Nicole A. Gray

Sent from my iPhone

Begin forwarded message:

**From:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Date:** July 26, 2024 at 11:07:32 AM EDT
**To:** ClearanceCoordinator <ClearanceCoordinator@state.gov>
**Subject: Re: Gray, Nicole Anastasia – PLEASE READ – Important Information on Your Security Clearance Application with the U.S. Department of State**

Hi Michael,
Thank you for the update. Please let me know if there's anything I can do to help. Thanks again.

Sincerely, Nicole A. Gray

Sent from my iPhone

On Jul 26, 2024, at 9:29 AM, ClearanceCoordinator <ClearanceCoordinator@state.gov> wrote:

Hello Nicole,

I hope this email finds you well!

My name is Michael , and I am a Clearance Coordinator with the Bureau of Diplomatic Security's Office of Personnel Security. Our office has received a request from your Human Resources or security point of contact to begin the background investigation process.

As your Clearance Coordinator, I am here to assist you as you move through this process.

Our office has identified you as a possible candidate for reciprocity. We will submit the appropriate paperwork to open an official review of your eligibility. Once this process has been completed and a final determination has been made, the appropriate paperwork will be sent to your Hiring Official.

Please note that I have attached a copy of the Privacy Act Notice for your reference. Acknowledgement is not required.

If any additional information is required, you will be contacted directly. No further action is required at this time. Once a final determination has been made, notice will be sent to your HR point of contact. While our team has completed our piece of the process, please do not hesitate to reach out if you have any additional questions. Status update requests may be directed to the PSS Customer Service Center (securityclearance@state.gov).

<image001.png>

Regards,
**Michael**
Clearance Coordinator
Operations Division
Office of Personnel Security
Bureau of Diplomatic Security
U.S. Department of State
Email: ClearanceCoordinator@state.gov

<Drug Certification - 2022.01.13 (1).pdf>

From: **Alexis Hess** ALEH271@kellyservices.com
Subject: **Congratulations**
Date: **Jul 23, 2024 at 11:14:07 AM**
To: **Nicole Gray** nicoleanastasia@rocketmail.com

Hello Nicole,

We received information from CGI that you have been selected for a promotion to an SA3 position. We have resubmitted your information for MRPT reverification which is required when there is a promotion. Please be on the lookout of information from Clearance Coordinator. Let me know if you have any questions and congratulations!

Thanks,

**Alexis Hess**
Talent Engagement Specialist
Mobile +1-717-433-2246
Web government.kellyservices.us

Kelly Government Solutions

| Important Kelly Phone Numbers: |
| --- |
| Employee Service Center: 866-535-5948 (Payroll Inquiries) |
| Automatic Paycheck Hotline: 800.762.8011 |
| Software Support: 800.535.5928 (Technical Issues) |
| ePaystubs / eW-2 Website: 1.800.733.7842 |
| Benefits Department: 1.800.376.4964 |
| Peoplenet Support: 1.800.669.9765 |