# Exhibit # 3 and 4

From: **Wright, Carlton T** WrightCT@state.gov
Subject: **Letter (final)**
Date: **Nov 20, 2025 at 11:49:18 AM**
To: **NICOLEANASTASIA@rocketmail.com**

**See attachment for signed letter (PDF), let me know if you have ant trouble opening it or if you can't see the signature on your end. Let me know if you need anything else.**

**-Thanks**

**Carlton Wright**
U.S. Department of State
Bureau of Consular Affairs
Charleston Passport Center
843-564-0389

U.S. DEPARTMENT *of* STATE

**United States Department of State**

***Washington, D.C. 20520***

To whom it may concern:

I have had the pleasure of working with Nicole Gray since April 2024 while she was employed as a contractor for the U.S. Department of State. Working directly with Nicole and her team helped me accomplish my mission of ensuring only qualified American citizens are issued an passport.

Nicole is one of the most dedicated, hardworking and innovative people I've had the pleasure of working with in any capacity. She is also compassionate and kind and never misses the opportunity to help others.

Nicole is the type of person you can count on to keep a cool head in a stressful situation, and her positive attitude is contagious. For these reasons, I recommend Nicole for the administrative assistant position and believe she would be a valuable asset to any organization, fortunate enough to have her on their team.

If you have any questions, please feel free to contact me at wrightct@state.gov or (803) 565-9938.

Sincerely,

Carlton Wright

**Carlton Wright**
**U.S. Department of State**
**Bureau of Consular Affairs**
**Charleston Passport Center**

U.S. DEPARTMENT *of* STATE