# Exhibit # 5

8/27/2025 9:33:57 PM (Deleted 8/27/2025 9:33:57 PM | Read 8/27/2025 9:38:45 PM)

Carlton (+18035659938)

**Okay I am glad you are home safe. It was so nice seeing you earlier, Thank you**

8/27/2025 9:39:02 PM (Deleted 8/27/2025 9:39:02 PM | Delivered 8/27/2025 9:39:02 PM)

No problem

Recently deleted

8/27/2025 9:39:28 PM (Deleted 8/27/2025 9:39:28 PM | Delivered 8/27/2025 9:39:29 PM | Read 8/27/2025 9:42:34 PM)

It was good seeing you too

Recently deleted

8/27/2025 9:42:56 PM (Edited 8/27/2025 9:43:12 PM | Deleted 8/27/2025 9:42:56 PM | Read 8/27/2025 9:43:12 PM)
Carlton unsent a message

8/27/2025 9:49:51 PM (Deleted 8/27/2025 9:49:51 PM | Read 8/27/2025 9:53:16 PM)

Carlton (+18035659938)

**My lawyer/professor/teammate sent me over some documents to go over for my final hearing on next Wednesday so I need to try to read through it. To be honest my head is not in the right place for it, so I will just go over tomorrow at work. I hope you have a goodnight young lady.**

8/27/2025 9:53:16 PM (Deleted 8/27/2025 9:53:16 PM | Delivered 8/27/2025 9:54:10 PM | Read 8/27/2025 9:54:10 PM)

Sorry, in the shower messaging from my watch. Text you when I get out

Recently deleted

8/27/2025 9:54:14 PM (Deleted 8/27/2025 9:54:14 PM | Read 8/27/2025 10:01:27 PM)

Carlton (+18035659938)

**Ok**

8/27/2025 10:01:53 PM (Deleted 8/27/2025 10:01:53 PM | Delivered 8/27/2025 10:01:53 PM | Read 8/27/2025 10:02:33 PM)

Replying to Carlton, 2025-08-27 21:49:51 « My lawyer/professor/teammate sent me over some documents to go over for my final hearing on next W... »

Wow, thank you for sharing

Recently deleted

8/27/2025 10:02:34 PM (Deleted 8/27/2025 10:02:34 PM | Delivered 8/27/2025 10:02:34 PM | Read 8/27/2025 10:02:34 PM)

I hope you have a good night too

Recently deleted

8/27/2025 10:02:48 PM (Deleted 8/27/2025 10:02:48 PM | Read 8/27/2025 10:02:53 PM)

Carlton (+18035659938)

**Hey**

8/27/2025 10:02:57 PM (Deleted 8/27/2025 10:02:57 PM | Delivered 8/27/2025 10:02:58 PM | Read 8/27/2025 10:02:58 PM)

Hey

Recently deleted

8/27/2025 10:04:05 PM (Deleted 8/27/2025 10:04:05 PM | Read 8/27/2025 10:06:10 PM)

Carlton (+18035659938)

**Sorry. My brain and thoughts are all over the place right now.**

8/27/2025 10:06:18 PM (Deleted 8/27/2025 10:06:18 PM | Delivered 8/27/2025 10:06:18 PM | Read 8/27/2025 10:07:39 PM)

Thats ok

Recently deleted

8/27/2025 10 09.08 PM (Deleted 8/27/2025 10.09.08 PM | Read 8/27/2025 10 10 11 PM)

Carlton (+18035659938)

**Okay I feel like I am bothering you now so I will let you get some rest.**

8/27/2025 10 10 33 PM (Edited 8/27/2025 10 10 49 PM | Deleted 8/27/2025 10 10.33 PM | Delivered 8/27/2025 10 10 33 PM | Read 8/27/2025 10.10 36 PM)

You're not bothering me. Just got done, brushing my teeth and putting some moisturizer on my face 😊

Edited Recently deleted

8/27/2025 10.11 27 PM (Deleted 8/27/2025 10 11 27 PM | Read 8/27/2025 10.13 15 PM)

Carlton (+18035659938)

**Of course…how can I forget the Nicole after shower routine 😂**

8/27/2025 10.13 39 PM (Deleted 8/27/2025 10 13.39 PM | Delivered 8/27/2025 10 13.39 PM | Read 8/27/2025 10:13.43 PM)

If you need to vent, you can feel free. You definitely listen to some of my venting tonight.

Recently deleted

8/27/2025 10.14 13 PM (Deleted 8/27/2025 10.14.13 PM | Read 8/27/2025 10.15 02 PM)

Carlton (+18035659938)

**I do need to vent right now, but you have a lot going on.**

8/27/2025 10:16 11 PM (Deleted 8/27/2025 10 16 11 PM | Delivered 8/27/2025 10.16 12 PM | Read 8/27/2025 10 16 37 PM)

It's up to you.

Recently deleted

8/27/2025 10 17 05 PM (Deleted 8/27/2025 10 17.05 PM | Read 8/27/2025 10 17 14 PM)

Carlton (+18035659938)

**It's just like two things really**

8/27/2025 10:17 19 PM (Deleted 8/27/2025 10 17 19 PM | Read 8/27/2025 10 17 30 PM)

Carlton (+18035659938)

**Can you talk?**

8/27/2025 10 17 39 PM (Deleted 8/27/2025 10 17 39 PM | Delivered 8/27/2025 10 17 40 PM | Read 8/27/2025 10 17 40 PM)

Yep, just need like five minutes

Recently deleted

8/27/2025 10 17.55 PM (Deleted 8/27/2025 10.17 55 PM | Read 8/28/2025 6 52 14 AM)

Carlton (+18035659938)

**Okay just call me when you ready**

8/28/2025 6 38.55 AM (Deleted 8/28/2025 6:38 55 AM | Read 8/28/2025 6.52.16 AM)

Carlton (+18035659938)

**Good morning. Drive safe to work.**

8/28/2025 6 52 41 AM (Deleted 8/28/2025 6 52 41 AM | Delivered 8/28/2025 6 52 43 AM | Read 8/28/2025 7 15:20 AM)

Good morning

Recently deleted

8/29/2025 3 54 11 PM (Deleted 8/29/2025 3 54.11 PM | Delivered 8/29/2025 3 54 12 PM)

Hey Carlton, I'm assuming that you're OK because I know you know how to text… And I haven't heard from you

Recently deleted

8/29/2025 3:56:53 PM (Deleted 8/29/2025 3:56:53 PM | Delivered 8/29/2025 3:56:54 PM | Read 8/29/2025 4:15:42 PM)

Also, I'm assuming you're OK because you did ask for this... but if you could give me some clarification to help me out moving forward... you wanted to break up this time because you felt smothered, and you got upset that I was upset about your cash app picture? Do I have it right?

Recently deleted

8/29/2025 4:23:20 PM (Deleted 8/29/2025 4:23:20 PM | Read 8/29/2025 4:23:44 PM)

Carlton (+18035659938)

**Hey I am not okay, but eventually I will be. It was never about a cash app pic, you made it about that. I did feel smothered but again that's probably petty on my end. Sorry I didn't text you, lost for words these last few days. I hope you and the ladies are doing well**

8/29/2025 4:24:39 PM (Deleted 8/29/2025 4:24:39 PM | Delivered 8/29/2025 4:24:39 PM | Read 8/29/2025 4:26:01 PM)

OK, so is there some other reason besides you felt smothered? It may be helpful for me and my journey to understand.

Recently deleted

8/29/2025 4:27:56 PM (Edited 8/29/2025 4:28:04 PM | Deleted 8/29/2025 4:27:56 PM | Delivered 8/29/2025 4:27:56 PM)

And thank you for clarifying that this is what you want... And eventually, you will be OK.

Edited Recently deleted

8/29/2025 4:28:23 PM (Deleted 8/29/2025 4:28:23 PM | Delivered 8/29/2025 4:28:23 PM | Read 8/29/2025 4:29:32 PM)

It's just so confusing when you're so upset that you don't come to work... I don't know why you're so distraught if this is what you want.

Recently deleted

8/29/2025 4:34:00 PM (Deleted 8/29/2025 4:34:00 PM | Read 8/29/2025 4:34:00 PM)

Carlton (+18035659938)

**It's a lot to explain and I don't want my words to come out wrong right now. It doesn't matter why I don't come to work. I appreciate you caring**

8/29/2025 4:34:37 PM (Deleted 8/29/2025 4:34:37 PM | Delivered 8/29/2025 4:34:37 PM)

It does matter. You missed work Tuesday and Wednesday, and you only came in half a day on Wednesday. I know you planned on being out Friday so we won't count that.

Recently deleted

8/29/2025 4:34:59 PM (Deleted 8/29/2025 4:34:59 PM | Delivered 8/29/2025 4:34:59 PM)

And it would be better for you to try and explain... Even if it's not perfect.

Recently deleted

8/29/2025 4:38:44 PM (Edited 8/29/2025 4:40:51 PM | Deleted 8/29/2025 4:38:44 PM | Delivered 8/29/2025 4:38:44 PM | Read 8/29/2025 4:54:28 PM)

Carlton, I have given you nearly a year of my life. This cycle has taken its toll on me. And I'm about to turn the corner so I need you to speak now or forever hold your peace.

Edited Recently deleted

8/29/2025 4:56:53 PM (Deleted 8/29/2025 4:56:53 PM | Read 8/29/2025 4:58:18 PM)

Carlton (+18035659938)

**Again I have a lot going on right now. We can talk later tonight or sometime tomorrow if you want. A toll has been taken on me too. Your mind is already made up and I don't want to hold u up.**

8/29/2025 4:58 18 PM (Deleted 8/29/2025 4:58:18 PM | Delivered 8/29/2025 4:58:19 PM | Read 8/29/2025 4:58:19 PM)

No, it's your mind that has been made up. And I'm just responding to your decision. You have a lot going on? Please share.

Recently deleted

8/29/2025 4 58 27 PM (Deleted 8/29/2025 4 58:27 PM | Read 8/29/2025 4 59:23 PM)

Carlton (+18035659938)

**Just know I am always here for you if u need anything**

8/29/2025 4 59:23 PM (Deleted 8/29/2025 4 59 23 PM | Delivered 8/29/2025 4:59 24 PM | Read 8/29/2025 4 59:24 PM)

I have an Uber app that downloaded to my phone. You won't be my phone call tonight.

Recently deleted

8/29/2025 4.59.57 PM (Edited 8/29/2025 5:02 06 PM | Deleted 8/29/2025 4:59 57 PM | Read 8/29/2025 5:13.36 PM)

Carlton (+18035659938)

**Let me write in my notes first please. I want to make sure I try to say what I mean**

8/29/2025 5:14 08 PM (Deleted 8/29/2025 5 14.08 PM | Delivered 8/29/2025 5:14 09 PM | Read 8/29/2025 5.18.43 PM)

Ok

Recently deleted

8/29/2025 5 42 26 PM (Deleted 8/29/2025 5:42:26 PM | Delivered 8/29/2025 5 42 27 PM | Read 8/29/2025 5 46:37 PM)

Replying to Carlton, 2025-08-29 16:56:53: « Again I have a lot going on right now. We can talk later tonight or sometime tomorrow if you want... »

Oh wow. It just occurred to me that maybe you weren't sad about us this week. You did go to work on Monday. Maybe it had more to do with your wife and your divorce?

Recently deleted

8/29/2025 5.47 10 PM (Edited 8/29/2025 5 48.01 PM | Deleted 8/29/2025 5.47.10 PM | Read 8/29/2025 5:58 29 PM)

Carlton (+18035659938)

**Replying to Carlton, 2025-08-29 16:56:53: « Again I have a lot going on right now. We can talk later tonight or sometime tomorrow if you want... »**

**That's definitely not true, I am happy about that because my lawyer said what he told me in the beginning**

8/29/2025 5:48:19 PM (Deleted 8/29/2025 5:48 19 PM | Read 8/29/2025 5:58:29 PM)

Carlton (+18035659938)

**Replying to Carlton, 2025-08-29 16:56:53: « Again I have a lot going on right now. We can talk later tonight or sometime tomorrow if you want.... »**

**You are one of the loves of my life, whether you believe it or not. I feel my life is better just because you are in it. I am sorry of all my short comings in our relationship, nothing I have ever done was to purposely hurt you. Like I said before I think I don't know how to be a boyfriend in a sense. That probably sounds crazy I know, just telling you things from my heart. There is no such thing as perfect girlfriend or boyfriend, but you come close. Me on the other hand have some work to do. I don't want to turn any corners, I need time to try to live my life according to the word of God. And honestly you have a lot to do with that. I have already made certain lifestyle changes to help me do that. Your ex husband's were lucky and foolish at the same time, foolish in their actions they did to push you away. I have a lot going on next week with my final hearing etc., so yes these past two weeks have been rough. I am not going to sit here and list everything bad that led up to this, we are too grown for that. Just know that I will love you and you will always have a place in my heart and I am always here for you (well my truck is in tire shop in North Charleston and I won't have back until tomorrow...long story for another time). There is more I probably need to say, it's just my brain is a million miles an hour right now.**

8/29/2025 5:50 46 PM (Edited 8/29/2025 5:52 59 PM | Deleted 8/29/2025 5:50:46 PM | Read 8/29/2025 5:58 29 PM)

Carlton (+18035659938)

**Not that it's anybody's business but I was informed Monday that my dad (prison) kidneys are on the verge of shutdown and I feel like it's just another week, I feel nothing for him and my mom made sure I knew I am a "piece of shit and a petty ass nigga" because of how I feel. Only other person that knows this is Trevor and I had to text him to tell him because it was late Monday and he was out the rest of this week**

8/29/2025 6:04:30 PM (Deleted 8/29/2025 6:04:30 PM | Delivered 8/29/2025 6:04:30 PM)

Replying to Carlton, 2025-08-29 16:56:53: « Again I have a lot going on right now. We can talk later tonight or sometime tomorrow if you want.... »

Thank you for sharing. But I'm literally asking you to list the bad things that led up to this... As a learning experience for myself. I do appreciate the rest of what you shared as well. And, I'm not sure what you mean by "the last two weeks have been rough"?

Recently deleted

8/29/2025 6:05:17 PM (Deleted 8/29/2025 6:05:17 PM | Delivered 8/29/2025 6:05:18 PM | Read 8/29/2025 6:05:58 PM)

Replying to Carlton, 2025-08-29 17:50:46: « Not that it's anybody's business but I was informed Monday that my dad (prison) kidneys are on... »

Thank you for sharing about your dad. And I do understand your feelings, and I believe they are justified. You don't have to feel anything towards your dad if you don't want to. He did tremendous damage. But for your own sake, I do hope you let the one forgive him. Not because he deserves it because I want you to be healed and whole.

Recently deleted

8/29/2025 6:09:41 PM (Deleted 8/29/2025 6:09.41 PM | Read 8/29/2025 6:11:28 PM)

Carlton (+18035659938)

**Nicole. Please don't change, you don't need a learning experience. Like I said, I truly believe God put you in my life for a reason.**