# Exhibit # 6

From: **Alexis Hess** ALEH271@kellyservices.com
Subject: **RE: EXT:_RE: [External] Tardiness - Written Warning**
Date: **Sep 16, 2025 at 10:53:38 AM**
To: **Nicole Gray** nicoleanastasia@rocketmail.com

Hello Nicole,

In addition to the information provided below, CGI does not have any decision making on whom DOS decides to interview or not for their positions. DOS has their own process, and CGI is not involved or a consultant on their recruiting process. The only information CGI keeps on Kelly employees is the New Employee Checklist information.

Please let me know if you have any questions.

Thanks,

**Alexis Hess**
**Talent Engagement Specialist**
**+1-717-433-2246**
**government.kellyservices.us**

Kelly Government Solutions

| **Important Kelly Phone Numbers:** |
|---|
| **Employee Service Center:** 866-535-5948 (Payroll Inquiries) |
| **Automatic Paycheck Hotline:** 800.762.8011 |
| **Software Support:** 800.535.5928 (Technical Issues) |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 |
| **Benefits Department:** digital.alight.com/kelly |
| **Peoplenet Support:** 1.800.669.9765 |

**From:** Alexis Hess
**Sent:** Friday, September 12, 2025 1:54 PM
**To:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Subject:** RE: EXT:_RE: [External] Tardiness - Written Warning

Hello Nicole,

Thank you for your continued communication. To ensure we are all on the same page, I'd like to clarify a few points regarding attendance, your application for the Passport Specialist position,

and schedule changes.

**Attendance:**
In your role at customer service, where each team member has their own workstation, there should be no delay in signing in at the start of your shift. While you do have your daily meeting, the expectation is that you are already logged in by 7:00 AM prior to attending. If you arrive promptly at 7:00 AM and proceed directly to the meeting, please inform your supervisor so it is noted. The allowance for late sign-ins (beyond a few minutes) applies primarily to the production teams due to the workstation limitations there. While the expectations have not changed, we understand you have a new supervisor who is enforcing more consistently the expectation, and we want to ensure consistent understanding.

To better understand the situation, can you please clarify the reasons for your tardy arrivals and logging in beyond 10 minutes, particularly if you believed that was a grace period?

**Passport Specialist Application:**
Regarding your application for the Passport Specialist position, could you please confirm who you applied with (DOS or CGI)? Also, what specific information are you seeking regarding your application? For example, are you inquiring about the reason for not being selected? It is important to note that attendance records can be a factor in internal promotion decisions. If the position is with the Department of State (DOS), your employment records and performance with our organization would not directly influence their hiring decision.

**Schedule Change Request:**
Finally, regarding your request for a schedule change, CGI does offer some other schedule arrangements. However, these are based on seniority and dependent on ensuring adequate team coverage during peak hours. Previously it was allowed to shave time off your lunch or alter your end time, however that is no longer an option.

Please provide the requested information at your earliest convenience so we can address each of these points thoroughly. Please let us know if you'd like to set up a call to further discuss.

Thanks,

Alexis Hess
Talent Engagement Specialist
+1-717-433-2246
government.kellyservices.us

Kelly Government Solutions

| Important Kelly Phone Numbers: |
|---|
| Employee Service Center: 866-535-5948 (Payroll Inquiries) |
| Automatic Paycheck Hotline: 800.762.8011 |
| Software Support: 800.535.5928 (Technical Issues) |
| ePaystubs / eW-2 Website: 1.800.733.7842 |
| Benefits Department: digital.alight.com/kelly |
| Peoplenet Support: 1.800.669.9765 |

**From:** Alexis Hess <ALEH271@kellyservices.com>
**Sent:** Thursday, September 11, 2025 11:30 AM
**To:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Subject:** RE: EXT:_RE: [External] Tardiness - Written Warning

Good morning Nicole,

I know you are not feeling well today, but what time tomorrow would you be available for a call to further discuss?

Thanks,

**Alexis Hess**
Talent Engagement Specialist
+1-717-433-2246
government.kellyservices.us

Kelly Government Solutions

| Important Kelly Phone Numbers: |
|---|
| Employee Service Center: 866-535-5948 (Payroll Inquiries) |
| Automatic Paycheck Hotline: 800.762.8011 |

| | |
|---|---|
| **Software Support:** 800.535.5928 (Technical Issues) | |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 | |
| **Benefits Department:** digital.alight.com/kelly | |
| **Peoplenet Support:** 1.800.669.9765 | |

**From:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Sent:** Wednesday, September 10, 2025 5:45 AM
**To:** Alexis Hess <ALEH271@kellyservices.com>
**Subject:** Re: EXT:_RE: [External] Tardiness - Written Warning

This email originated from outside of the organization. Do not click links, open attachments, or follow any included instructions unless you recognize the sender of this email and know the content is safe. Learn more.

Alexis,
Thank you for your email. I will provide you with more details after I arrive at work this morning and can send you my third and written request for a schedule change.

To answer your question about tardies, I had specifically questioned my supervisor with regard to any unapproved tardies in my file when our team was informed that the company may be changing their policy on the number of tardy's allow. There were no unapproved tardy in my file at that time, despite multiple 7:02 and 7:04 AM clock ins, etc. That has never been an issue.

I am receiving a write up as a retaliation for my questions regarding the Passport Specialist position. The report that they have sent you from my contractor database with my clock ins is incomplete, and therefore does not paint you an accurate picture. It does not show you all of the times that my lunch break was shaved short by 15 minutes to accommodate any later arrival. It also doesn't show you that since my start date in May 2024, the pattern of my attendance and clock-ins has not changed by their 2 min late standard. So why am I receiving a ride up the day after I send an email That I intend on contacting DOS HR regarding my application?
Perhaps I have struck a nerve because multiple relatives are being hired across CGI federal contractors and DOS in the passport center, and from what I understand, this is not ethical or legal and violate a US statute 5 U.S.C. § 3110. And CGI and the other contractors who are doing this as well are not immune, as their federal contracts contain conflict of interest clauses. It has been a relatives and favorites game and not

as much about the qualified candidate.

If a report is run of the federal contractors attendance via our database, you will see that my clock ins are no different than more than perhaps 80% of our contractors. This is clearly a retaliation and I'm really surprised that they would be so blatant.

I will keep you posted. But I will let you know that I am contacting employment attorneys to find out what my options are. Thank you for your help.

Sincerely, Nicole A. Gray

Sent from my iPhone

On Sep 9, 2025, at 2:49 PM, Alexis Hess <ALEH271@kellyservices.com> wrote:

Hello Nicole,

In reference to your application for a Passport Specialist position. We at Kelly would have no insight or influence on that decision. Any positions applied to directly with DOS would fall outside our scope of authority.

To whom did you submit your request for a schedule change? We haven't received any information about it, which we need to inquire with CGI on your behalf. Please remember that all scheduling requests must be processed through Kelly.

Please confirm whether you have received guidance stating that clocking in up to 10 minutes after your scheduled start time is not considered tardy. Regardless of your exceeding production goals, adhering to the attendance policy, including arriving on time, is a requirement of your employment. Here is a list of your clock in times from 8/1 through today.

| | |
|---|---|
| 8/1/2025 | 7:02 AM |
| 8/4/2025 | 7:08 AM |
| 8/5/2025 | 7:10 |

| | |
|---|---|
| | AM |
| 8/6/2025 | 7:12 AM |
| 8/7/2025 | 7:12 AM |
| 8/8/2025 | 7:01 AM |
| 8/11/2025 | 7:15 AM |
| 8/12/2025 | 7:10 AM |
| 8/13/2025 | 7:11 AM |
| 8/14/2025 | 7:13 AM |
| 8/15/2025 | 7:11 AM |
| 8/18/2025 | 7:11 AM |
| 8/19/2025 | 7:11 AM |
| 8/20/2025 | 7:18 AM |
| 8/21/2025 | 7:04 AM |
| 8/26/2025 | 7:12 AM |
| 8/27/2025 | 7:16 AM |
| 8/28/2025 | 7:03 AM |
| 8/29/2025 | 7:06 AM |
| 9/2/2025 | 7:06 AM |
| 9/3/2025 | 7:13 AM |
| 9/4/2025 | 7:03 AM |

| | |
|---|---|
| 9/5/2025 | 7:08 AM |
| 9/8/2025 | 7:04 AM |
| 9/9/2025 | 7:07 AM |

Thanks,

**Alexis Hess**
**Talent Engagement Specialist**
**+1-717-433-2246**
**government.kellyservices.us**

<image001.png>

| **Important Kelly Phone Numbers:** |
|---|
| **Employee Service Center:** 866-535-5948 (Payroll Inquiries) |
| **Automatic Paycheck Hotline:** 800.762.8011 |
| **Software Support:** 800.535.5928 (Technical Issues) |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 |
| **Benefits Department:** digital.alight.com/kelly |
| **Peoplenet Support:** 1.800.669.9765 |

**From:** Gray, Nicole A <GrayNA1@state.gov>
**Sent:** Tuesday, September 9, 2025 12:03 PM
**To:** Alexis Hess <ALEH271@kellyservices.com>
**Cc:** Scarlett, Beverly A <scarlettba@state.gov>; Nicole Gray <nicoleanastasia@rocketmail.com>
**Subject:** EXT:_RE: [External] Tardiness - Written Warning

This email originated from outside of the organization. Do not click links, open attachments, or follow any included instructions unless you recognize the sender of this email and know the content is safe. Learn more.

Ms. Hess,
Thank you for your email. I was not provided with information that clocking in 2 min after would be considered a tardy. In fact, the information I have been given was quite the opposite. I have requested a schedule change repeatedly, and it has not been approved with no explanation as

to why. I also have recently requested information about my personnel file regarding my application for a Passport Specialist as of the April 10, 2025 date of decision. I have not received a response from any of the parties. I will proceed with my request to the appropriate DOS authority.

I have generated a copy of my production, which speaks for itself. My 2 min to 10 min clock time in August 2025 has not caused an issue with productivity or the production in my section. If you run report of all the people in my section you will see that I am exceeding. The issue at hand is a double standard with employees within the contractor section of CPC. Accommodations and flexibility is available for other employees, but not extended to me. Specifically, schedule changes have been permitted. Employees are permitted to shorten their lunch by 15 minutes if they arrive late due to traffic, etc. I am being held to a different standard. If you are telling me that clock-in in less than 10 min after the start time is considered a tardy, that is news to me. Could you please provide me a copy of the clockin times you received as well as a response to my prior email regarding my passport specialist application which was sent yesterday.

Sincerely,

**Nicole Gray**
Passport Support Associate III
U.S. Department of State
Bureau of Consular Affairs
Charleston Passport Center
US Federal Market I Kelly Governemnt Contractors
Tel. 1 771-204-6122
<image002.png>

**From:** Alexis Hess <ALEH271@kellyservices.com>
**Sent:** Tuesday, September 9, 2025 11:24 AM
**To:** Nicole Gray <nicoleanastasia@rocketmail.com>
**Cc:** Gray, Nicole A <GrayNA1@state.gov>
**Subject:** [External] Tardiness - Written Warning
**Importance:** High

Hello Nicole,

This written counseling addresses your excessive tardiness. From August 1st, 2025, to today,

you have been late to work on 25 occasions. These instances of tardiness range from 2 minutes to 18 minutes.

We understand that unforeseen circumstances can occasionally cause lateness. However, the frequency of your tardiness has become unacceptable and is disruptive to the operations and productivity. Consistent on-time arrival is a fundamental expectation of your employment. Continued tardiness could result in further disciplinary action, up to and including termination of employment.

We expect to see immediate and sustained improvement in your punctuality. You are expected to be on time for your scheduled start time every day, beginning immediately. We are available to discuss potential solutions and support you in meeting these expectations if need be.

Please find the attached formal document. Kindly acknowledge receipt and confirm your understanding of its contents. Let me know if you have any questions. Please don't hesitate to reach out if there's anything we can do to support you.

Thanks,

**Alexis Hess**
Talent Engagement Specialist
+1-717-433-2246
government.kellyservices.us

<image001.png>

| **Important Kelly Phone Numbers:** |
|---|
| **Employee Service Center:** 866-535-5948 (Payroll Inquiries) |
| **Automatic Paycheck Hotline:** 800.762.8011 |
| **Software Support:** 800.535.5928 (Technical Issues) |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 |
| **Benefits Department:** digital.alight.com/kelly |
| **Peoplenet Support:** 1.800.669.9765 |