# Exhibit # 7

12:00

Inbox **Moves 9/29/25**

Sincerely,

**Nicole Gray**
Passport Support Associate III
U.S. Department of State
Bureau of Consular Affairs
Charleston Passport Center
US Federal Market I Kelly Governemnt Contractors
Tel. 1 771-204-6122

U.S. DEPARTMENT *of* STATE

**From:** Mosher, Shane M <MosherSM@state.gov>
**Sent:** Friday, September 26, 2025 12:37 PM
**To:** Daniels, Nicole M <DanielsNM@state.gov>; Gray, Nicole A <GrayNA1@state.gov>
**Cc:** Shaw, Kimberley A <ShawKA@state.gov>; Brabham, Michele F. <BrabhamMF@state.gov>; Harper, Crystal <HarperC@state.gov>
**Subject:** Moves 9/29/25

On Monday 9/29/2025 Nicole Gray will move to CSOP to train with Sukran and Nicole Daniels will move to RTS.

**Shane Mosher**
Section Lead
U.S. Department of State
Bureau of Consular Affairs
Charleston Passport Center
US Federal Market I CGI
(843) 564-0622

U.S. DEPARTMENT *of* STATE