# Exhibit # [illegible]

SC Ethics Public Reporting (/public)

Menu

< Sylvia A. Wright (/public/candidates-public-officials/person/profile?personId=50291&seiId=55642)

# State Superintendent of Education

Reports (/public/candidates-public-officials/person/campaign-disclosure-reports/reports?personId=50291&seiId=55642&officeId=74800)

Finances (/public/candidates-public-officials/person/campaign-disclosure-reports/finances?personId=50291&candidateFilerId=50291&campaignId=74800&seiId=55642&officeId=74800)

Contributors (/public/candidates-public-officials/person/campaign-disclosure-reports/contributors?personId=50291&candidateFilerId=50291&campaignId=74800&seiId=55642&officeId=74800)

Vendors (/public/candidates-public-officials/person/campaign-disclosure-reports/vendors?personId=50291&seiId=55642&officeId=74800)

# Reports

## Find Reports By...

Year
All

Type
All

Election Cycle
All

Showing all 12 reports. Reset Filters

| ·iod | Contributions | Expenses | Balance | Date Submitted | Last Amenc |
|---|---|---|---|---|---|
| 4 - | $735.00 | $29.06 | $705.94 | 01/14/2024 | |

4

| | | | | |
|---|---|---|---|---|
| 4 -<br>4 | $4,125.00 | $225.17 | $3,899.83 | 04/10/2024 |
| - 6/30/2024 | $4,300.00 | $2,041.94 | $2,258.06 | 07/09/2024 |
| - 9/30/2024 | $5,125.00 | $2,717.15 | $2,407.85 | 10/10/2024 |
| 4 - | $9,980.00 | $8,819.69 | $1,160.31 | 01/08/2025 |

'24

| | | | | | |
|---|---|---|---|---|---|
| - 3/31/2025 | $14,787.70 | $33,699.... | - $18,912.... | 04/10/2025 | 06/04/202( |
| - 6/30/2025 | $40,760.12 | $56,300.... | - $15,539.... | 07/10/2025 | 07/15/202( |
| - 9/30/2025 | $56,317.58 | $77,364.70 | - $21,047.12 | 10/08/2025 | 07/15/202( |

| | | | | | |
|---|---|---|---|---|---|
| 5 - '25 | $62,910.89 | $83,180.... | - $20,269.... | 01/09/2026 | 07/15/202( |
| . - 3/31/2026 | $134,163.87 | $143,70... | -$9,544.92 | 04/08/2026 | 07/15/202( |
| . - 5/20/2026 | $166,068.93 | $172,88... | -$6,817.60 | 06/04/2026 | 07/15/202( |
| 6 - 6 | $189,761.79 | $200,52... | - $10,763.... | 07/05/2026 | 07/15/202( |

## Ethics Reform Act

Title 8 Statute (https://www.scstatehouse.gov/code/t08c013.php)

Title 2 Statute (https://www.scstatehouse.gov/code/t02c017.php)

## Looking for older reports?

Constitutional Officers Quarter 4 2005 - Quarter 3 2007

## Trying to log in to your SC Ethics Filing account?

SC Ethics Filing (/filing)

(803) 253-4192

SC State Ethics Commission (https://ethics.sc.gov/) SC.GOV (https://sc.gov/)

Copyright © State of South Carolina | Accessibility (https://sc.gov/accessibility-policy)