# Exhibit # 9

10/11/2025 9.11:34 PM (Deleted 10/11/2025 9.11:34 PM | Read 10/11/2025 9.29.45 PM)

Carlton (+18035659938)

**I appreciate that so much 🖤. I am glad your family is doing well also. And I hope you are having a better time at work.**

10/11/2025 9:30 40 PM (Deleted 10/11/2025 9.30:40 PM | Delivered 10/11/2025 9.30.40 PM | Read 10/11/2025 9 31.07 PM)

Of course 🖤
And work still sucks … But Friday wasn't as bad. The supervisors left early because of the holiday

Recently deleted

10/11/2025 9:32 14 PM (Deleted 10/11/2025 9 32:14 PM | Read 10/11/2025 9 36:35 PM)

Carlton (+18035659938)

**Well I hope it gets better for you. I was going to come in there to say hi to you one day, but I didn't want anyone to say anything to you.**

10/11/2025 9:38 22 PM (Deleted 10/11/2025 9.38.22 PM | Delivered 10/11/2025 9 38 24 PM | Read 10/11/2025 9.39:11 PM)

Well, you can always message me on teams and I can give you a heads up on the temperature in the room.

But you're free to walk in anytime you want. And they can't really say anything to me if I am at my desk … but Shane is extremely hostile and I wouldn't put it past him to try to say something to you.

Recently deleted

10/11/2025 9 40 57 PM (Deleted 10/11/2025 9.40 57 PM | Read 10/11/2025 9 42:48 PM)

Carlton (+18035659938)

**He better not say anything to me because I will definitely say something back to him lol. It was good hearing from you tonight. And I am glad your son is okay**

10/11/2025 9 46.40 PM (Edited 10/11/2025 9:47 05 PM | Deleted 10/11/2025 9 46:40 PM | Delivered 10/11/2025 9:46:45 PM | Read 10/11/2025 9 48.01 PM)

Jacob just got moved next to me so he should be a good buffer …

It was good hearing from you too, and I'm glad you're doing all right. Good night

Edited · Recently deleted

10/11/2025 9 48.39 PM (Edited 10/11/2025 9.53 56 PM | Deleted 10/11/2025 9:48.39 PM | Read 10/11/2025 10:26 57 PM)

Carlton (+18035659938)

**Gotcha. Well he is the best seat at CPC now**

**I am glad you are doing well too. Good night**

**• You reacted with 🖤 on 10/11/2025 10:27:35 PM**

10/14/2025 4 14 06 PM (Deleted 10/14/2025 4 14 06 PM | Delivered 10/14/2025 4:14 06 PM)

Carlton, I just had a feeling that something wasn't right so I decided to check if you were actually divorced … And there is nothing for a final hearing

Recently deleted

10/14/2025 4.17.39 PM (Deleted 10/14/2025 4:17 39 PM | Delivered 10/14/2025 4:17:40 PM)

So, I appreciate some honesty here …

Recently deleted

10/14/2025 4:18:29 PM (Deleted 10/14/2025 4 18 29 PM | Delivered 10/14/2025 4.18 30 PM | Read 10/14/2025 4:23:54 PM)

Are you not actually divorced ...

entertaining trying to get back with Sylvia?

Recently deleted

10/14/2025 4 30 50 PM (Edited 10/14/2025 4 31 47 PM | Deleted 10/14/2025 4.30 50 PM | Read 10/14/2025 4 31 42 PM)

Carlton (+18035659938)

**Nicole, first of all. I am amazed that you would want to talk the time to check if I divorced or not. That's borderline stalking in my opinion. I am divorced, I have the paperwork and the money out of my account that I pay her so someone owes me a refund. Again what you are doing is not healthy. I want nothing to do with her and she definitely wants nothing to do with me. I can 100% percent say yes we are divorced**

10/14/2025 4 32:17 PM (Deleted 10/14/2025 4 32.17 PM | Delivered 10/14/2025 4 32 18 PM)

Well, Berkeley County doesn't know that

Recently deleted

10/14/2025 4 32 26 PM (Deleted 10/14/2025 4 32 26 PM | Delivered 10/14/2025 4:32 26 PM | Read 10/14/2025 4 32 34 PM)

Something was filed in December... A month after we started dating. But it was never completed.

Recently deleted

10/14/2025 4 32.52 PM (Edited 10/14/2025 4.33 18 PM | Deleted 10/14/2025 4:32 52 PM | Delivered 10/14/2025 4 32 53 PM)

And I don't care what you think... We have dated on and off for a year and I think I deserve the truth about if your divorce or not

Edited · Recently deleted

10/14/2025 4 33.09 PM (Deleted 10/14/2025 4.33 09 PM | Delivered 10/14/2025 4.33 09 PM | Read 10/14/2025 4 33 19 PM)

Especially since you have already lied to me once about it...

Recently deleted

10/14/2025 4:35 11 PM (Deleted 10/14/2025 4 35 11 PM | Read 10/14/2025 4 35:43 PM)

Carlton (+18035659938)

**Like I said, I got lawyer fees, alimony fees, bank transactions and I even have dash cam footage from that day. I have no reason to lie to anyone.**

10/14/2025 4:36 16 PM (Deleted 10/14/2025 4:36 16 PM | Read 10/14/2025 4 36:17 PM)

Carlton (+18035659938)

**Matter of fact I think I may need to block you. I hate to do that, but I going through a lot right now and I don't need you accusing me of something**

10/14/2025 4 36 17 PM (Deleted 10/14/2025 4 36 17 PM | Delivered 10/14/2025 4 36 17 PM | Read 10/14/2025 4.36 18 PM)

I would have made my peace with any other reason for us to go our separate ways

Recently deleted

10/14/2025 4.37 21 PM (Deleted 10/14/2025 4 37 21 PM | Delivered 10/14/2025 4:37:21 PM | Read 10/14/2025 4:37:21 PM)

I really hope you are telling the truth... and I'm definitely going to verify

Recently deleted

10/14/2025 4 38.03 PM (Deleted 10/14/2025 4 38 03 PM | Read 10/14/2025 4 38 17 PM)

Carlton (+18035659938)

**See I would show you my decree, but we are past that right.**

10/14/2025 4:38:23 PM (Deleted 10/14/2025 4 38 23 PM | Delivered 10/14/2025 4.38.24 PM | Read 10/14/2025 4.38 24 PM)

Well, the last time you sent me one it was fake.

Recently deleted

10/14/2025 4.38:41 PM (Deleted 10/14/2025 4 38 41 PM | Delivered 10/14/2025 4 38:42 PM | Read 10/14/2025 4 38:42 PM)

You can definitely send me your current divorce decree... And I can verify if it's real

Recently deleted

10/14/2025 4 39 05 PM (Edited 10/14/2025 4:40 51 PM | Deleted 10/14/2025 4 39.05 PM | Read 10/14/2025 4:40 52 PM)
Carlton unsent a message.

10/14/2025 4:45 01 PM (Deleted 10/14/2025 4 45 01 PM | Delivered 10/14/2025 4 45 01 PM | Read 10/14/2025 4 45:12 PM)

I don't know why you unsent your message. But just because you're paying her money and just because you have legal fees ... doesn't mean your divorce

Recently deleted

10/14/2025 4 47 23 PM (Edited 10/14/2025 4 50 37 PM | Deleted 10/14/2025 4.47 23 PM | Read 10/14/2025 4 50 17 PM)

Carlton (+18035659938)

**Look. I would not pay her money and all the fees that come with a divorce if I wasn't divorced. Again I don't have to prove anything to anyone. So with all that being said, please only contact me again if you are in an emergency situation and need my help....second thought you can contact anybody else besides me if you have any emergency situation because I am going to block you for a while.**

10/14/2025 4.50.36 PM (Deleted 10/14/2025 4 50 36 PM | Delivered 10/14/2025 4:50 36 PM | Read 10/14/2025 4 50.36 PM)

People pay/spouse support when they're legally separated. If I find out that you are not divorced, you better make sure you came to Sylvia with the complete truth about everything

Recently deleted

10/14/2025 4 50 48 PM (Deleted 10/14/2025 4 50 48 PM | Delivered 10/14/2025 4 50 48 PM | Read 10/14/2025 4 50 49 PM)

I mean everything

Recently deleted

10/14/2025 4 52 57 PM (Edited 10/14/2025 4 55.32 PM | Deleted 10/14/2025 4.52 57 PM | Read 10/14/2025 5.01.42 PM)

Carlton (+18035659938)

**First of all, you need to stop harassing me. Second there is nothing I need to tell her because we don't talk. I don't know what your problem is but the way you came at me is not cool.**

10/14/2025 5:02 34 PM (Deleted 10/14/2025 5:02 34 PM | Delivered 10/14/2025 5:02 35 PM)

I don't know what to tell you ... if you can't see why it would be upsetting to me that you had lied to me about being divorced.... for the second time?
And I think I'm being pretty open and fair and honest with you. Giving you an opportunity to speak... Please prove me wrong

Recently deleted

10/14/2025 5 04 06 PM (Deleted 10/14/2025 5 04 06 PM | Delivered 10/14/2025 5 04.06 PM | Read 10/14/2025 5.04.06 PM)

If you want me to proceed and not include you... I can definitely do that.

Recently deleted

10/14/2025 5 04 33 PM (Deleted 10/14/2025 5 04 33 PM | Read 10/14/2025 5 04 42 PM)

Carlton (+18035659938)

**I am going to call you in a minute. Can you talk?**

10/14/2025 5:05:10 PM (Deleted 10/14/2025 5:05:10 PM | Delivered 10/14/2025 5:05:11 PM | Read 10/14/2025 5:05:11 PM)

I don't think I wanna talk right now. I just want an honest answer from you

Recently deleted

10/14/2025 5:08:48 PM (Deleted 10/14/2025 5:08:48 PM | Read 10/14/2025 5:09:58 PM)

Carlton (+18035659938)

**You don't have to talk. I am being honest with you. Again no reason to lie**

10/14/2025 5:09:47 PM (Deleted 10/14/2025 5:09:47 PM | Read 10/14/2025 5:09:58 PM)

Carlton (+18035659938)

**You are harassing me though and it's really not cool.**

10/14/2025 5:10:14 PM (Deleted 10/14/2025 5:10:14 PM | Delivered 10/14/2025 5:10:14 PM | Read 10/14/2025 5:10:14 PM)

OK. Carlton. You were at my house a week ago in my bed... And me asking you if you're really divorced is harassing you

Recently deleted

10/14/2025 5:10:27 PM (Deleted 10/14/2025 5:10:27 PM | Delivered 10/14/2025 5:10:27 PM | Read 10/14/2025 5:10:27 PM)

No. the question is making you uncomfortable. But again, I don't need to involve you in the remainder of this

Recently deleted

10/14/2025 5:10:43 PM (Deleted 10/14/2025 5:10:43 PM | Delivered 10/14/2025 5:10:43 PM | Read 10/14/2025 5:10:43 PM)

I can make a trip to the courthouse and verify on my own if you're actually divorced

Recently deleted

10/14/2025 5:11:07 PM (Deleted 10/14/2025 5:11:07 PM | Read 10/14/2025 5:11:40 PM)

Carlton (+18035659938)

**Ummm that's really a waste of time.**

10/14/2025 5:11:32 PM (Deleted 10/14/2025 5:11:32 PM | Read 10/14/2025 5:11:40 PM)

Carlton (+18035659938)

**Besides why would you even do that.**

10/14/2025 5:11:47 PM (Deleted 10/14/2025 5:11:47 PM | Delivered 10/14/2025 5:11:47 PM | Read 10/14/2025 5:11:47 PM)

We don't have to talk. I don't want you to think I'm harassing you

Recently deleted

10/14/2025 5:11:59 PM (Deleted 10/14/2025 5:11:59 PM | Read 10/14/2025 5:12:31 PM)

Carlton (+18035659938)

**No we need to talk**

10/14/2025 5:12:13 PM (Deleted 10/14/2025 5:12:13 PM | Read 10/14/2025 5:12:31 PM)

Carlton (+18035659938)

**Talking is not harassing. It's what adults do**

10/14/2025 5:12:41 PM (Deleted 10/14/2025 5:12:41 PM | Delivered 10/14/2025 5:12:42 PM | Read 10/14/2025 5:12:42 PM)

No. based on your previous comment that you think I'm harassing you... I think I'm done talking to you

Recently deleted

10/14/2025 5:13:05 PM (Deleted 10/14/2025 5:13:05 PM | Read 10/14/2025 5:13:20 PM)

Carlton (+18035659938)

**Can you please talk for 5 minutes?**

10/14/2025 5:13 28 PM (Deleted 10/14/2025 5 13.28 PM | Delivered 10/14/2025 5.13.28 PM | Read 10/14/2025 5:13:28 PM)

Honestly, I feel like I could throw up right about now. I don't wanna talk.

Recently deleted

10/14/2025 5 13 46 PM (Edited 10/14/2025 5.15 32 PM | Deleted 10/14/2025 5:13:46 PM | Read 10/14/2025 5 15 33 PM)
Carlton unsent a message

10/14/2025 5 19 23 PM (Deleted 10/14/2025 5 19 23 PM | Read 10/14/2025 7.52 50 PM)

Carlton (+18035659938)

**I am sorry you feel that way. I am dealing with a lot right now. My mom took a turn for the worst day and had to go to ER so I can't deal with too much right now.**

10/17/2025 3 56.06 PM (Deleted 10/17/2025 3:56:06 PM | Delivered 10/17/2025 3 56 07 PM)

Wow, so I wasn't able to verify with Berkeley County family court until today because Elizabeth had volleyball practice and a game that I had to pick her up from... But you were definitely a liar. You are not divorced

Recently deleted

10/17/2025 3:56:28 PM (Deleted 10/17/2025 3,56 28 PM | Delivered 10/17/2025 3:56:28 PM)

Your wife filed something last December, which she never even had served on you... And that's it

Recently deleted

10/17/2025 3 57 05 PM (Deleted 10/17/2025 3.57:05 PM | Delivered 10/17/2025 3.57:05 PM)

And that's not the only thing that you've been lying about. So, all of the truth is going to come out

Recently deleted

10/17/2025 4.55 58 PM (Edited 10/17/2025 4 58:05 PM | Deleted 10/17/2025 4 55 58 PM | Delivered 10/17/2025 4:55:58 PM)

You know what Carlton, just stay away from me.

Edited · Recently deleted

10/21/2025 3.43 05 PM (Deleted 10/21/2025 3:43 05 PM | Delivered 10/21/2025 3:43 07 PM)




Recently deleted

10/21/2025 3.43 05 PM (Deleted 10/21/2025 3 43 05 PM | Delivered 10/21/2025 3 43 07 PM)

She said she's also an Air Force wife... As a five days ago.

Recently deleted

10/21/2025 3 43 24 PM (Deleted 10/21/2025 3 43 24 PM | Delivered 10/21/2025 3 43 25 PM)

You went back to her, you're not divorced and you lied about it?

Recently deleted