# Exhibit # 10

From: **Nicole Gray** nicoleanastasia@rocketmail.com
Subject: **Fwd: The truth**
Date: **Oct 21, 2025 at 3:48:46 PM**
To: **wright2026sc@gmail.com**
Cc: **Vell** vell843@gmail.com

**Sincerely, Nicole A. Gray**

**Sent from my iPhone**

**Begin forwarded message:**

> **From:** Nicole Gray <nicoleanastasia@rocketmail.com>
> **Date:** October 21, 2025 at 3:46:29 PM EDT
> **To:** swright@dd4.k12.sc.us
> **Cc:** Vell <vell843@gmail.com>
> **Subject: The truth**
>
> Sylvia,
> I would like to give you some information, and you can do with it what you will. I am doing this because Carlton has lied to me for the second time about the two of you being divorced. He came to work in a bowtie in September and left early, telling me he was going to his divorce hearing.
>
> However, some of his behavior did not add up after that and I called the courthouse. Apparently, you filed something last December and never followed through. So there has been no divorce. I'm disgusted. And I want to move on with my life. I think that I have been told some things is that you deserve to know, and I'm hoping that by me telling you, Carlton will be so upset that he never tries to come back to me again.
>
> [redacted]

[redacted]

[redacted]

I made excuses for him thinking it was because you had "left" him there and he was lonely.

[redacted]

He told me these things in confidence, and I never intended to break that. However, he has broken my trust and lied to me. Again.
Here is a video of him at my house earlier this month. And yes, we continued having relations all the way up to this month.

**Video.mov**
2.7 MB

Sincerely, Nicole A. Gray

Sent from my iPhone

10:45

**Sylvia Wright**

[redacted]

He told me these things in confidence, and I never intended to break that. However, he has broken my trust and lied to me. Again. Here is a video of him at my house earlier this month. And yes, we continued having relations all the way up to this month.

Let me know if you want more videos from the last 30 days.



Aa