# Exhibit # 11 and 17

**From:** **Anela Brooks** brookam@kellyservices.com
**Subject:** **Kelly - CGI Assignment**
**Date:** **Nov 17, 2025 at 1:09:05 PM**
**To:** **Nicole Gray** nicoleanastasia@rocketmail.com
**Cc:** **Alexis Hess** ALEH271@kellyservices.com, **Marti Pounder** MARP434@kellyservices.com

Good afternoon Nicole,

After multiple counselings, warnings, follow up, and conversations regarding your attendance and non-compliance with policy, as well as feedback received on your interactions with both the customer and Kelly's Talent Engagement staff, we find that there has been no improvement in these areas. Feedback regarding your interactions continue to show your behavior to be both inappropriate and unprofessional. Additionally, you have refused multiple requests for us to meet with you to address these issues and provide you with the support you need to be successful in your placement.

After you were counseled regarding your attendance, your interactions with both the customer and Kelly Talent Engagement staff have been increasingly disruptive and insubordinate in nature. You have made demands on the conditions in which you will allow team leads and supervisors to communicate with you, have disrupted morning meetings, and have failed to follow reasonable requests for calls to discuss employment matters. Additionally, you have resisted direction to channel concerns only through Kelly, who is your employer, and continue to address issues directly with our client. Specifically, the following events have transpired:

- 9/9 – Attendance warning
- 9/16 – Advised that Kelly and CGI have no influence on DOS's hiring.
- 10/3/25 - Disruptive behavior in morning meetings
- 10/6/25 we requested a call with you
- 10/7/25 – We emailed that we understand your preference for communicating via email and are happy to continue using that method when possible. However, we also want to note that while email is a useful tool, it may not always be feasible or practical for all workplace communications, especially when timely discussions or collaboration are needed. We kindly ask that you remain professional in all interactions with supervisors and co-workers. This includes participating in required conversations or discussions when requested. If you have concerns, you are welcome to request that those conversations be documented but refusing to speak with your supervisors or team members is not acceptable.
- 10/17/25 – Advised to direct all questions and concerns to Kelly and requested a call
- 10/23/25 - Your response of "Put it in writing" to a reasonable request from your supervisor regarding you lunch hour was inappropriate, as written documentation is not required for such requests. Furthermore, voicing your displeasure aloud after the supervisor walked away demonstrates unprofessional conduct.
- 11/13/25 you disrupted a training session by inappropriately intervening in a peer issue being handled by a trainer and system admin.

As such, the decision was made to end your assignment with CGI Federal , on the Department of State contract at the Charleston Passport Center. You remain eligible for assignments with Kelly Services however the requirements remain that you must contact your Kelly representative for guidance if you have any questions or have concerns that need to be addressed. You will also represent Kelly by always behaving in a courteous and professional manner. You must not behave in a manner that is disruptive, rude, or insubordinate. You must also follow all Kelly and customer workplace policies. You will maintain professional, constructive communication at all times with all parties while on assignment. Failure to adhere to these policies could impact your eligibility for other assignments with Kelly.

To search for new opportunities that you may qualify for please visit www.mykellyjobs.com.

Regards,

**Anela Brooks**
Director, KGS Programs

+1-301-204-0751
government.kellyservices.us

Kelly Government Solutions

**CONFIDENTIALITY NOTICE: If you are not the intended recipient of this transmission, please contact the sender by reply e-mail and destroy the information without making any copy or distribution thereof. Information contained in this transmission, including any attachments, is intended only for the named addressee (and other authorized distributes) and may contain Sensitive but Unclassified (SBU) information or Privacy Act Data. Any unauthorized review, use, or distribution is prohibited.**