# Exhibit # 12

10/26/2025 3:25:02 PM (Deleted 10/26/2025 3:25:02 PM | Delivered 10/26/2025 3:25:03 PM)

Replying to Carlton, 2025-10-14 17:13:05: « Can you please talk for 5 minutes? »

I can't hate you. I still care about you. I hope you're doing ok overall. If you still want to talk... I think I'm at a point where I finally can. But my emotions are still a little raw

Recently deleted

10/26/2025 3:33:45 PM (Deleted 10/26/2025 3:33:45 PM | Read 10/26/2025 3:34:59 PM)

Carlton (+18035659938)

Thanks. I am okay

10/26/2025 3:35:24 PM (Deleted 10/26/2025 3:35:24 PM | Delivered 10/26/2025 3:35:25 PM | Read 10/26/2025 3:35:39 PM)

I'm glad to hear that

Recently deleted

10/26/2025 3:37:50 PM (Deleted 10/26/2025 3:37:50 PM | Read 10/26/2025 3:38:08 PM)

Carlton (+18035659938)

I never thought you hated me just FYI

10/26/2025 3:38:16 PM (Deleted 10/26/2025 3:38:16 PM | Delivered 10/26/2025 3:38:17 PM | Read 10/26/2025 3:38:17 PM)

No, I still love you very much

Recently deleted

10/26/2025 3:40:02 PM (Deleted 10/26/2025 3:40:02 PM | Read 10/26/2025 3:41:00 PM)

Carlton (+18035659938)

Thanks man for the video edit and tell your wife thanks for recording the promotion ceremony yesterday. Good to see you back on the mats

10/26/2025 3:41:46 PM (Deleted 10/26/2025 3:41:46 PM | Delivered 10/26/2025 3:41:46 PM | Read 10/26/2025 3:41:46 PM)

Hu?

Recently deleted

10/26/2025 3:42:08 PM (Edited 10/26/2025 3:42:26 PM | Deleted 10/26/2025 3:42:08 PM | Read 10/26/2025 3:45:17 PM)

Carlton (+18035659938)

Wait. Sorry I did not mean to send that to you. That was for my teammate, his wife recorded the belt promotion ceremony yesterday and had a video of me. Sorry

10/26/2025 3:43:05 PM (Edited 10/26/2025 3:43:41 PM | Deleted 10/26/2025 3:43:05 PM | Read 10/26/2025 3:45:17 PM)

Carlton (+18035659938)

Replying to you, 2025-10-26 15:38:16: « No, I still love you very much »

As do I you.

• You reacted with ❤ on 10/26/2025 3:45:42 PM

10/26/2025 3:46:00 PM (Deleted 10/26/2025 3:46:00 PM | Delivered 10/26/2025 3:46:01 PM | Read 10/26/2025 3:46:24 PM)

Replying to Carlton, 2025-10-26 15:42:08: « Wait. Sorry I did not mean to send that to you. That was for my teammate, his wife recorded the be... »

Congrats on your promotion 🎉

Recently deleted

10/26/2025 3:48:13 PM (Deleted 10/26/2025 3:48:13 PM | Read 10/26/2025 3:51:22 PM)

Carlton (+18035659938)

**Thanks. Now I have to move up a belt division for next month's tournament which I didn't plan on, oh well. I would ask if you wanted to see the video....but**

10/26/2025 3:51:47 PM (Deleted 10/26/2025 3:51:47 PM | Delivered 10/26/2025 3:51:48 PM | Read 10/26/2025 3:52:02 PM)

I would love to.

Recently deleted

10/26/2025 3:52:08 PM (Deleted 10/26/2025 3:52:08 PM | Delivered 10/26/2025 3:52:08 PM | Read 10/26/2025 3:52:08 PM)

If things have been better between us, I would've been there in person cheering you on.

Recently deleted

10/26/2025 3:53:11 PM (Deleted 10/26/2025 3:53:11 PM | Read 10/26/2025 3:56:52 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 15:52:08: « If things have been better between us, I would've been there in person cheering you on. »**

**No, you would have been on the mats at the seminar.**

**• You reacted with on 10/26/2025 3:56:57 PM**

10/26/2025 3:53:34 PM (Deleted 10/26/2025 3:53:34 PM | Read 10/26/2025 3:56:52 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 15:52:08: « If things have been better between us, I would've been there in person cheering you on. »**



**• You reacted with 💙 on 10/26/2025 3:57:51 PM**

10/26/2025 3:53:34 PM (Deleted 10/26/2025 3:53:34 PM | Read 10/26/2025 3:56:52 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 15:52:08: « If things have been better between us, I would've been there in person cheering you on. »**

**Has sound**

10/26/2025 3:58:00 PM (Deleted 10/26/2025 3:58:00 PM | Delivered 10/26/2025 3:58:00 PM | Read 10/26/2025 3:58:45 PM)

Awe 😍 I love it!

Recently deleted

10/26/2025 3:59:28 PM (Deleted 10/26/2025 3:59:28 PM | Read 10/26/2025 4:02:45 PM)

Carlton (+18035659938)

**Well thank you**

10/26/2025 4:02:58 PM (Deleted 10/26/2025 4:02:58 PM | Delivered 10/26/2025 4:02:59 PM | Read 10/26/2025 4:03:03 PM)

You bet

Recently deleted

10/26/2025 4:05:37 PM (Edited 10/26/2025 4:06:05 PM | Deleted 10/26/2025 4:05:37 PM | Read 10/26/2025 4:05:57 PM)

Carlton (+18035659938)

**Besides probably not getting paid on Thursday (10/30) unless government shutdown and still having to come to work...that's my excitement for the month of October**

10/26/2025 4:06:59 PM (Deleted 10/26/2025 4:06:59 PM | Delivered 10/26/2025 4:07:00 PM)

Well, that's a pretty good positive outlet. And sorry about the pay situation. I heard about that. Hopefully he gets better soon...

But you know you're still better off long-term in your current position than being a contractor like me. It'll blow over soon.

Recently deleted

10/26/2025 4:07:14 PM (Deleted 10/26/2025 4:07:14 PM | Delivered 10/26/2025 4:07:15 PM | Read 10/26/2025 4:07:28 PM)

Are they at least still paying you your military retirement or is that affected as well?

Recently deleted

10/26/2025 4:08:03 PM (Deleted 10/26/2025 4:08:03 PM | Read 10/26/2025 4:13:02 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 16:06:59: « Well, that's a pretty good positive outlet. And sorry about the pay situation. I heard about that. H... »**

**Why do you always know the right thing to say?**

10/26/2025 4:09:37 PM (Edited 10/26/2025 4:10:25 PM | Deleted 10/26/2025 4:09:37 PM | Read 10/26/2025 4:13:02 PM)

Carlton (+18035659938)

Replying to you, 2025-10-26 16:07:14: « **Are they at least still paying you your military retirement or is that affected as well?** »

**Yes, I still get my retirement and VA disability which totals about $7,000 a month, but still I am the exception and feel bad for everyone else.**

10/26/2025 4:13:49 PM (Deleted 10/26/2025 4:13:49 PM | Delivered 10/26/2025 4:13:49 PM | Read 10/26/2025 4:13:53 PM)

Yeah, I hear ya. I feel bad for them too. Most of my peers are contractors so they're not affected, but I can imagine it would be difficult if all your co-workers were. Glad your finances are still OK.

Recently deleted

10/26/2025 4:16:35 PM (Deleted 10/26/2025 4:16:35 PM | Read 10/26/2025 4:17:17 PM)

Carlton (+18035659938)

**Yeah. One of my coworkers said he had to draw from his TSP/401k to pay his rent for the end of the month. Yeah I have some money saved up, even though I had some money stolen from me last week.**

10/26/2025 4:17:34 PM (Deleted 10/26/2025 4:17:34 PM | Delivered 10/26/2025 4:17:35 PM | Read 10/26/2025 4:17:47 PM)

What happened?

Recently deleted

10/26/2025 4:20:39 PM (Edited 10/26/2025 4:22:43 PM | Deleted 10/26/2025 4:20:39 PM | Read 10/26/2025 4:22:39 PM)

Carlton (+18035659938)

**I am not even ready to talk about it yet because I am still hotter than fish grease about it to be honest. Ask me again tomorrow on teams lol**

10/26/2025 4:22:50 PM (Deleted 10/26/2025 4 22 50 PM | Delivered 10/26/2025 4 22 51 PM | Read 10/26/2025 4 23 26 PM)

Ok

Recently deleted

10/26/2025 4 24 40 PM (Deleted 10/26/2025 4 24 40 PM | Read 10/26/2025 4:24 56 PM)

Carlton (+18035659938)

**Sorry, it's just I am still trying to wrap my head around how I didn't notice $10,000 was missing lol. SMH I know**

10/26/2025 4 25 14 PM (Deleted 10/26/2025 4:25 14 PM | Delivered 10/26/2025 4:25 14 PM | Read 10/26/2025 4 25 23 PM)

I don't know. Do you have notifications set up on your account so that it tells you every time there's a transaction

Recently deleted

10/26/2025 4:25 40 PM (Deleted 10/26/2025 4 25 40 PM | Read 10/26/2025 4 25 47 PM)

Carlton (+18035659938)

**No bruh** 🤦

10/26/2025 4 25 53 PM (Deleted 10/26/2025 4 25 53 PM | Read 10/26/2025 4 25:54 PM)

Carlton (+18035659938)

**I do now**

10/26/2025 4 25:53 PM (Deleted 10/26/2025 4 25 53 PM | Delivered 10/26/2025 4 25 53 PM | Read 10/26/2025 4 25 54 PM)

Did you get hacked or did someone you know take it?

Recently deleted

10/26/2025 4 26 14 PM (Deleted 10/26/2025 4 26 14 PM | Delivered 10/26/2025 4 26 14 PM)

Someone's been trying to hack into my grandparents account for the past several days and thank God the bank stopped it

Recently deleted

10/26/2025 4 26 32 PM (Deleted 10/26/2025 4:26:32 PM | Delivered 10/26/2025 4 26 32 PM | Read 10/26/2025 4 26 33 PM)

My grandma is 80 so she was all freaked out about it

Recently deleted

10/26/2025 4 26 57 PM (Edited 10/26/2025 4 27 58 PM | Deleted 10/26/2025 4 26:57 PM | Read 10/26/2025 4 28 38 PM)

Carlton (+18035659938)

**Oh know I know exactly who took it and who told them to take it and what they used it for.**

10/26/2025 4:27 14 PM (Deleted 10/26/2025 4 27 14 PM | Read 10/26/2025 4:28 38 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 16:26:14: « Someone's been trying to hack into my grandparents account for the past several days and thank God t... »**

**See that's messed up. Sorry to hear**

10/26/2025 4 28 55 PM (Deleted 10/26/2025 4 28 55 PM | Delivered 10/26/2025 4 28 55 PM | Read 10/26/2025 4 28 56 PM)

Replying to Carlton, 2025-10-26 16 26 57 « Oh know I know exactly who took it and who told them to take it and what they used it for »

I'm sorry

Recently deleted

10/26/2025 4 29 12 PM (Deleted 10/26/2025 4 29 12 PM | Read 10/26/2025 4 29 13 PM)

Carlton (+18035659938)

**All good...It's my fault.**

10/26/2025 4:30:14 PM (Deleted 10/26/2025 4:30:14 PM | Delivered 10/26/2025 4 30:14 PM | Read 10/26/2025 4 30:25 PM)

I totally know the feeling My X stole $8,000 of tax dollars... when I was the one taking care of the kids

Recently deleted

10/26/2025 4:30:58 PM (Deleted 10/26/2025 4:30:58 PM | Delivered 10/26/2025 4 30 59 PM | Read 10/26/2025 4 31:09 PM)

I should say... tax refund money

Recently deleted

10/26/2025 4 31 18 PM (Deleted 10/26/2025 4:31:19 PM | Read 10/26/2025 4:33 18 PM)

Carlton (+18035659938)

**Yeah I remember you telling me that.**

10/26/2025 4:32 25 PM (Deleted 10/26/2025 4 32 25 PM | Read 10/26/2025 4 33.18 PM)

Carlton (+18035659938)

**And you know I really don't value money like that....it was just the fact of the matter that the person did that and believed the person who told them to do it**

10/26/2025 4 33 46 PM (Deleted 10/26/2025 4 33.46 PM | Delivered 10/26/2025 4.33 46 PM | Read 10/26/2025 4.33 46 PM)

That really stinks

Recently deleted

10/26/2025 4.35.14 PM (Deleted 10/26/2025 4 35.14 PM | Read 10/26/2025 4 35:23 PM)

Carlton (+18035659938)

**Anyway it is what it is. I will probably never see that money back.**

10/26/2025 4.36 06 PM (Deleted 10/26/2025 4 36 06 PM | Read 10/26/2025 4:36.06 PM)

Carlton (+18035659938)

**"It's just money right" -Jeff Bezos**

10/26/2025 4 36 24 PM (Deleted 10/26/2025 4:36 24 PM | Delivered 10/26/2025 4 36 24 PM)

Well, I'm glad you have a positive attitude about it

Recently deleted

10/26/2025 4 36 37 PM (Deleted 10/26/2025 4:36:37 PM | Delivered 10/26/2025 4.36:38 PM | Read 10/26/2025 4:37:10 PM)

it can always be a good learning experience... Maybe things we need to adjust in our lives

Recently deleted

10/26/2025 4.38:12 PM (Deleted 10/26/2025 4 38 12 PM | Read 10/26/2025 4:40 04 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 16:36:24: « Well, I'm glad you have a positive attitude about it »**

**Yeah I am trying**

10/26/2025 4:38:49 PM (Deleted 10/26/2025 4 38 49 PM | Read 10/26/2025 4.40 04 PM)

Carlton (+18035659938)

**Replying to you, 2025-10-26 16:36:37: « it can always be a good learning experience... Maybe things we need to adjust in our lives »**

**Yes indeed, adjusted within 10 minutes of me finding out.**

**• You reacted with on 10/26/2025 4:40:12 PM**

10/26/2025 4:41:03 PM (Deleted 10/26/2025 4:41:03 PM | Delivered 10/26/2025 4:41:03 PM | Read 10/26/2025 4:41:03 PM)

↻ Replying to you 2025-10-26 18:36:24 « Well, I'm glad you have a positive attitude about it 😯 »

You're doing a great job

Recently deleted

10/26/2025 4:42:09 PM (Deleted 10/26/2025 4:42:09 PM | Read 10/26/2025 4:42:22 PM)

Carlton (+18035659938)

**I am not young lady lol. Anyway I know Sundays are busy for you sometimes**

10/26/2025 4:42:58 PM (Deleted 10/26/2025 4:42:58 PM | Delivered 10/26/2025 4:42:58 PM | Read 10/26/2025 4:43:07 PM)

You know it. I've been cooking dinner while I'm talking to you and I'm about to go on a run while my stuff is in the oven.

Recently deleted

10/26/2025 4:43:14 PM (Deleted 10/26/2025 4:43:14 PM | Delivered 10/26/2025 4:43:15 PM | Read 10/26/2025 4:43:15 PM)

The boys are coming over for dinner in about 45 minutes

Recently deleted

10/26/2025 4:43:41 PM (Deleted 10/26/2025 4:43:41 PM | Read 10/26/2025 4:45:02 PM)

Carlton (+18035659938)

**Nice!! Well enjoy your dinner, run and family. Be safe track star**

10/26/2025 4:45:13 PM (Deleted 10/26/2025 4:45:13 PM | Delivered 10/26/2025 4:45:14 PM | Read 10/26/2025 4:45:52 PM)

I will 😯

• Carlton reacted with "" on 10/26/2025 4:45:56 PM

Recently deleted

10/27/2025 3:45:15 PM (Deleted 10/27/2025 3:45:15 PM | Delivered 10/27/2025 3:45:17 PM | Read 10/27/2025 3:45:40 PM)

Left work a bit ago

Recently deleted

10/27/2025 3:46:00 PM (Deleted 10/27/2025 3:46:00 PM | Read 10/27/2025 3:46:15 PM)

Carlton (+18035659938)

**Okay you can call if you can**

10/27/2025 3:46:29 PM (Deleted 10/27/2025 3:46:29 PM | Delivered 10/27/2025 3:46:29 PM | Read 10/27/2025 3:46:29 PM)

Would be OK if we do a coffee shop instead?

Recently deleted

10/27/2025 3:46:54 PM (Deleted 10/27/2025 3:46:54 PM | Delivered 10/27/2025 3:46:54 PM | Read 10/27/2025 3:46:54 PM)

Cuppa manna is close to you

Recently deleted

10/27/2025 3:47:23 PM (Deleted 10/27/2025 3:47:23 PM | Read 10/27/2025 3:47:23 PM)

Carlton (+18035659938)

**The one by the railroad tracks?**

10/27/2025 3:47:28 PM (Deleted 10/27/2025 3:47:28 PM | Delivered 10/27/2025 3:47:29 PM | Read 10/27/2025 3:47:29 PM)

Yep

Recently deleted

10/27/2025 3:48:00 PM (Deleted 10/27/2025 3:48:00 PM | Read 10/27/2025 3:48:18 PM)

Carlton (+18035659938)

**Okay, I need to pack up my BJJ stuff then**

10/27/2025 3:49:11 PM (Deleted 10/27/2025 3:49:11 PM | Delivered 10/27/2025 3:49:12 PM | Read 10/27/2025 3:49:12 PM)

You can wear it if you want... That might be easier for you?

Recently deleted

10/27/2025 3:49:25 PM (Deleted 10/27/2025 3:49:25 PM | Delivered 10/27/2025 3:49:25 PM | Read 10/27/2025 3:49:25 PM)

It totally doesn't bother me

Recently deleted

10/27/2025 4:01:35 PM (Deleted 10/27/2025 4:01:35 PM | Read 10/27/2025 4:02:26 PM)

Carlton (+18035659938)

**Are you sure you don't wanna just talk on the phone?**

10/27/2025 4:03:10 PM (Deleted 10/27/2025 4:03:10 PM | Delivered 10/27/2025 4:03:11 PM | Read 10/27/2025 4:03:12 PM)

I kind of wanna be able to look you in your eyes and see your facial expressions with this conversation

Recently deleted

10/27/2025 4:03:25 PM (Deleted 10/27/2025 4:03:25 PM | Read 10/27/2025 4:03:31 PM)

Carlton (+18035659938)

**Okay sure**

10/27/2025 4:03:33 PM (Deleted 10/27/2025 4:03:33 PM | Read 10/27/2025 4:07:11 PM)

Carlton (+18035659938)

**See you there then**

10/27/2025 4:07:20 PM (Deleted 10/27/2025 4:07:20 PM | Delivered 10/27/2025 4:07:21 PM | Read 10/27/2025 4:07:29 PM)

My GPS says I'll be there in 17 minutes

Recently deleted

10/27/2025 4:07:44 PM (Deleted 10/27/2025 4:07:44 PM | Read 10/27/2025 4:07:50 PM)

Carlton (+18035659938)

**OK, I'll see you there**

10/27/2025 4:26:15 PM (Deleted 10/27/2025 4:26:15 PM | Delivered 10/27/2025 4:26:16 PM | Read 10/27/2025 4:26:22 PM)

I'm here

Recently deleted

10/27/2025 4:26:27 PM (Deleted 10/27/2025 4:26:27 PM | Delivered 10/27/2025 4:26:27 PM | Read 10/27/2025 4:26:45 PM)

Parked

Recently deleted

10/27/2025 4:26:36 PM (Deleted 10/27/2025 4:26:36 PM | Read 10/27/2025 4:26:37 PM)

Carlton (+18035659938)

**OK, be there in like two minutes**

10/27/2025 5:55:43 PM (Deleted 10/27/2025 5:55:43 PM | Read 10/27/2025 5:56:19 PM)

Carlton (+18035659938)

**I Made it just in time. Enjoy the time with your family**

10/27/2025 5:56:20 PM (Deleted 10/27/2025 5:56:20 PM | Delivered 10/27/2025 5:56:31 PM | Read 10/27/2025 5:56:31 PM)

Awesome! Have fun

Recently deleted

10/27/2025 5:56:38 PM (Deleted 10/27/2025 5 56.38 PM | Read 10/27/2025 5.56.39 PM)

Carlton (+18035659938)

I will try. lol

10/27/2025 5:56.49 PM (Deleted 10/27/2025 5 56 49 PM | Delivered 10/27/2025 5:57.09 PM | Read 10/27/2025 5 57.09 PM)



• Carlton reacted with on 10/27/2025 5 57 11 PM

Recently deleted

10/27/2025 8 32 04 PM (Deleted 10/27/2025 8 32 04 PM | Read 10/27/2025 8.32:32 PM)

Carlton (+18035659938)

Class complete. So what did you end up doing for dinner?

10/27/2025 8 32.32 PM (Deleted 10/27/2025 8 32.32 PM)

Cook Asian chicken and a frozen pizza for everybody was happy.

Recently deleted

10/27/2025 8.33:19 PM (Deleted 10/27/2025 8.33 19 PM | Delivered 10/27/2025 8 33 33 PM | Read 10/27/2025 8:33.33 PM)

What are you going to eat tonight?

Recently deleted

10/27/2025 8 33.43 PM (Deleted 10/27/2025 8:33 43 PM | Read 10/27/2025 8 34 24 PM)

Carlton (+18035659938)

Left over pizza

10/27/2025 8 34 25 PM (Deleted 10/27/2025 8 34 25 PM | Delivered 10/27/2025 8 42 41 PM | Read 10/27/2025 8 42 41 PM)

Nice

Recently deleted

10/27/2025 8 43 23 PM (Deleted 10/27/2025 8 43 23 PM | Read 10/27/2025 8.43.37 PM)

Carlton (+18035659938)




10/27/2025 8 43 23 PM (Deleted 10/27/2025 8 43 23 PM | Read 10/27/2025 8 43.37 PM)

Carlton (+18035659938)

Mary Wright does not get the picture when I ghost her

10/27/2025 8 45.03 PM (Deleted 10/27/2025 8 45 03 PM | Delivered 10/27/2025 8 45 04 PM | Read 10/27/2025 8 47.07 PM)

Babe, talk to your mom

Recently deleted