# Exhibit # 13

11:51

Sylvia Wright

NOV 10, 2025 AT 6:50 PM

So, I know you got my previous message... Because apparently you and Karla took $10,000 out of Carlton's account. I apologize for the timing. When I send the original message did not realize your brother had passed away. And I'm sorry for your loss.
Again, want to reiterate that I'm not interested in being involved in a love triangle certainly not with a man who is not divorced or getting divorced. Despite the fact that you and Karla took $10,000 out of Carlton's bank, on account of my email/message to you, Carlton is more than willing to be romantic with me and sleep with me. But again, what's not adding up as he wants to call us "friends" ... but do all the things that we used to do as a couple. Constant messaging, wearing matching Chango hoodies to dinner, be physical with one another, etc.
I have a lot more to share with you if you're wanting to receive it, but I'm gonna need you to respond and let me know at's what you want.
I know yo e concerned about your

Aa

11:51

Sylvia Wright

wants to call us "friends" ... but do all the things that we used to do as a couple. Constant messaging, wearing matching Chango hoodies to dinner, be physical with one another, etc.
I have a lot more to share with you if you're wanting to receive it, but I'm gonna need you to respond and let me know if that's what you want.
I know you're concerned about your campaign, and that may be why you don't want to write back. But I can promise you, Carlton is not gonna be a good campaign token for you. Our relationship has been incredibly public... we have gone to a couple of premarital counseling sessions at one point, discussed having a child together and Carlton asked my ring size. I think his dilemma is that he's gonna lose half of his retirement and have to pay you a ton of alimony.

Please let me know if you wanna chat. I have more share.

NOV 23, 2025 AT 8:43 PM



Aa