# Exhibit # 14 and 15

From: **Alexis Hess** ALEH271@kellyservices.com
Subject: **Assignment End**
Date: **Nov 14, 2025 at 7:58:23 PM**
To: **Nicole Gray** nicoleanastasia@rocketmail.com

Hello Nicole,

This email is to inform you that your assignment has ended, effective immediately. Please do not contact anyone from CGI and do not return to the agency.

At this time there have been continuous concerns, as well as disruptions in the work area, that ultimately have resulted in the request to remove you from the assignment.

You are still eligible for employment through Kelly. Please go to mykellyjobs.com and apply accordingly to anything that may interest you. We will provide you with a UPS label to return your badge and any other CGI belongings that are in your possession. Please let us know if you have any personal belongings on site and we will coordinate the return of them.

Please respond to confirm receipt and understanding.

Thanks,

**Alexis Hess**
Talent Engagement Specialist
Mobile +1-717-433-2246
Web government.kellyservices.us

**Kelly Government Solutions**

| **Important Kelly Phone Numbers:** |
|---|
| **Employee Service Center:** 866-535-5948 (Payroll Inquiries) |
| **Automatic Paycheck Hotline:** 800.762.8011 |
| **Software Support:** 800.535.5928 (Technical Issues) |
| **ePaystubs / eW-2 Website:** 1.800.733.7842 |
| **Benefits Department:** digital.alight.com/kelly |
| **Peoplenet Support:** 1.800.669.9765 |