# Exhibit # 16

From: **Nicole Gray** nicoleanastasia@rocketmail.com
Subject: **Request for Review and Correction of Improper Separation Procedures**
Date: **Nov 17, 2025 at 9:53:49 AM**
To: **Beverly A Scarlett** scarlettba@state.gov, **Ray Martinez** MartinezR5@state.gov, **USEmploymentCompliance@cgi.com, ethics.officer@cgifederal.com**
Cc: **Alexis Hess** ALEH271@kellyservices.com, **Anela Brooks** brookam@kellyservices.com

**Nicole Anastasia Gray**
Passport Support Associate III
119 Alwyn Blvd
Summerville, SC 29485
Nicoleanastasia@rocketmail.com
803-724-7144

**To:**
CGI Federal – Human Resources Department
Kelly Government Contractors- HR Contact

**Subject: Request for Review and Correction of Improper Separation Procedures**

Dear CGI Federal Human Resources,

I am writing to formally request an immediate review of an after hours email I received on Friday November 14, 2025 at nearly 8pm, stating that my assignment as a Passport Support Associate III "has ended due to concerns and disruptions." This communication appears to constitute a termination or removal from assignment; however, it was issued **without adherence to the required policies, procedures, and safeguards outlined in CGI Federal's Employee Handbook and without compliance with standard legal requirements governing federal contractor employment actions.**

**1. Failure to Follow CGI Federal's Required Procedures for Employment Separation**

CGI Federal's handbook contains specific provisions governing **"End of Employment," "Assignment Ending,"** and **"Termination for Cause."** Such procedures typically require:

- **Documented performance or conduct concerns** prior to termination or removal from assignment.
- **Notice of concerns** given to the employee, including an opportunity to respond or correct the issue.
- **Progressive discipline**, except for the most severe violations.
- **Written explanation of the specific incident(s)** that constitute cause for termination.
- **Review by HR** before any termination action is finalized.

In this case, **none** of these steps were followed. I received **no prior written or verbal warnings, no performance improvement plan, no counseling, and no notification of any "concerns or disruptions"** other than a "Tardy Write-Up". This "Tardy Write-Up" was given one day after I sent an email to Beverly Scarlett addressing concerns with my DOS application for Passport Specialist. Regardless, the tardy issue was entirely mitigated after the write-up and once I received a written copy of the CGI Federal: Tardy and Attendance Policies and Procedures and accordingly this would not be the "concerns or disruptions" the email is a referencing, as it is no longer a "concern".
This is inconsistent with every standard termination or "end of assignment" procedure typically required by CGI Federal policy.
I respectfully request that you identify which **specific policy**, section, or

subsection of the CGI Federal handbook the company relied upon as justification for bypassing these procedures.

**2. Legal Requirements for Fair and Proper Process**

Although federal contractors operate under at-will employment principles in many states, CGI Federal—as a contractor performing federal government work—must still comply with:

**A. The Implied Covenant of Good Faith and Fair Dealing**

Employment decisions may not be made **arbitrarily, capriciously, or without legitimate business reason.** Ending an assignment without following internal policy or without providing evidence of "concerns" violates this standard.

**B. Consistency With Federal Contract Workforce Management Standards**

Agencies such as the Department of State require contractor personnel actions to be documented, justified, and communicated properly to ensure continuity and integrity of contracted duties.

**C. Protection Against Defamation or Unsubstantiated Conduct Accusations**

By stating the assignment ended due to "concerns and disruptions," CGI Federal has effectively referenced misconduct. Under U.S. employment law, including common-law defamation standards, an employer may not imply wrongdoing **without substantiation** or evidence.

If such "concerns" exist, I formally request copies of all documentation immediately.

**3. Request for Immediate Corrective Action**

Because required policies and legal standards were not followed, I respectfully request:

1. **A written explanation** of the specific allegations or "concerns" that were sent by CGI Federal employees to my contractor and referenced in the after

hours email I received

2. **Copies of any documentation** or reports allegedly supporting these claims.
3. **Identification of the CGI Federal policy sections** used to justify bypassing progressive discipline or notice.
4. **Clarification on active assignment status,** or alternatively
5. **Correction of my personnel record** to reflect that no "termination for cause" occurred.

Until these issues are resolved, any classification of my employment separation as "for cause" or involving "concerns and disruptions" is inaccurate, procedurally improper, and potentially legally actionable.

**4. Request for Timely Response**

Please provide a written response within **10 business days,** as this matter affects my reputation, professional standing, and immediate employment options within the federal contracting environment.

Thank you for your attention. I expect that CGI Federal will honor its own policies and federal contractor standards by reviewing and correcting this action appropriately.

Sincerely,
**Nicole A. Gray**
Passport Support Associate III
Sincerely, Nicole A. Gray

Sent from my iPhone