# Exhibit # 18

11/11/2025 8 56 36 PM (Read 11/12/2025 5 51 51 AM)

Carlton (+18035659938)

**Okay I had a sort of a long day today so I am going to bed. Have a good night and I hope you got a lot done on this day off.**

11/12/2025 5 52 16 AM (Delivered 11/12/2025 5 52 16 AM | Read 11/12/2025 7 53 28 AM)

I'm glad you had a good night. I actually went to bed early myself because I was exhausted. Sorry I missed your text

11/12/2025 12 01 39 PM (Delivered 11/12/2025 12 01 39 PM | Read 11/12/2025 12 01 47 PM)

They needed me in RTS... so I couldn't check teams till now

11/12/2025 12 02 13 PM (Read 11/12/2025 12 05 39 PM)

Carlton (+18035659938)

**All good. Yeah I saw that and saw when Katrina came and got u.**

11/12/2025 12 06 02 PM (Delivered 11/12/2025 12 06 02 PM | Read 11/12/2025 12 06 10 PM)

No, she didn't get me. Kim did

11/12/2025 12 06 32 PM (Read 11/12/2025 12 36 20 PM)

Carlton (+18035659938)

**Oh yeah sorry that's who I meant. Lol**

11/12/2025 5 49 16 PM (Read 11/12/2025 5 52 07 PM)

Carlton (+18035659938)

**Good evening. Sorry for you having to work RTS today. I really hope they didn't do that because of me**

11/12/2025 5 53 32 PM (Delivered 11/12/2025 5 53 33 PM)

No, I don't mind at all. Marci and the other Nicole were both out, and Petula needed help with the docs we send to DC for destruction... and since I know RTS they let me help.

11/12/2025 5 53 59 PM (Delivered 11/12/2025 5 54 00 PM)

But I do also think it was to get me occupied

11/12/2025 5 54 57 PM (Delivered 11/12/2025 5 54 59 PM | Read 11/12/2025 6 21 16 PM)

I like having something to do... so it literally did not bother me at all

11/12/2025 6 23 25 PM (Read 11/12/2025 6 23 52 PM)

Carlton (+18035659938)

**Okay. Because you were over there for a long time and on your feet the whole time.**

11/12/2025 6 23 52 PM (Delivered 11/12/2025 6 23 53 PM | Read 11/12/2025 6 23 53 PM)

Yeah. I work faster that way. I did three boxes and the other chick did one

11/12/2025 6 25 04 PM (Delivered 11/12/2025 6 25 05 PM | Read 11/12/2025 6 25 05 PM)

I could've taken it back to my desk, but I had more room to work there with an extra table, etc.

11/12/2025 6 25 13 PM (Read 11/12/2025 6 57 42 PM)

Carlton (+18035659938)

**I need to work on staying my desk more tomorrow b/c Paula the assistant director was teams messaging me b/o she was next door testing how TDIS will work outside our building**

11/12/2025 6 27 03 PM (Read 11/12/2025 6 57 49 PM)

Carlton (+18035659938)

**She has a habit of messaging me on TEAMS to help her which I don't know why because I am basically below average. Lol**

11/12/2025 6 58 07 PM (Delivered 11/12/2025 6 58 09 PM)

Interesting

11/12/2025 7 00 56 PM (Delivered 11/12/2025 7 00 57 PM | Read 11/12/2025 8 33 06 PM)

But I don't think it will matter if you stay at your desk or not because you had your laptop today so you could still respond when she messaged you

11/12/2025 8 33 34 PM (Read 11/12/2025 8 40 06 PM)

Carlton (+18035659938)

**Yeah but I don't carry it with me while walking around the building ya know.**

11/12/2025 8 43 22 PM (Delivered 11/12/2025 8 43 23 PM)

Ok… I guess you walk around more than I thought you did?

I know today was different because you were hanging out with your mentee downstairs for a long time … But you had your laptop

11/12/2025 8 44 02 PM (Delivered 11/12/2025 8 44 03 PM | Read 11/12/2025 8 51 35 PM)

Whatever works for you

11/12/2025 8 52 58 PM (Read 11/12/2025 8 56 45 PM)

Carlton (+18035659938)

**Right. Yes today was different too because BSR was only allowed to give us one batch of 82s at a time. And no I don't carry my laptop around with me when I am at CPC. Paula just happened to see my teams was green I am guessing.**

11/12/2025 9 00 49 PM (Delivered 11/12/2025 9 00 50 PM)

I know you don't carry it around with you silly

But you had it with you today when you were gone for a long period of time with your "mentee"…

11/12/2025 9 01 17 PM (Delivered 11/12/2025 9 01 18 PM | Read 11/12/2025 9 10 53 PM)

Seems like folks can reach ya if they need to

11/12/2025 9 11 22 PM (Read 11/12/2025 9 38 52 PM)

Carlton (+18035659938)

**Only the important people I suppose lol**

**• You reacted with on 11/12/2025 9:38:56 PM**

11/12/2025 9 43 32 PM (Read 11/12/2025 9 43 58 PM)

Carlton (+18035659938)

**Okay. Have a goodnight and if you don't have time to get your daily dose of caffeinated water tomorrow before work, let me know and I will see if I can find time in my busy schedule to hook a sista up ☕ ✅ ☕**

11/12/2025 9 46 53 PM (Delivered 11/12/2025 9 46 54 PM | Read 11/12/2025 9 48 50 PM)

I feel like I missed you today ... only saw your for about 10 seconds

11/12/2025 9 49 20 PM (Read 11/12/2025 9 50 06 PM)

Carlton (+18035659938)

**Yea I get it. Maybe lunch tomorrow if you are not too busy with your friends.**

11/12/2025 9 50 50 PM (Delivered 11/12/2025 9 50 50 PM | Read 11/13/2025 4 11 21 AM)

Do you feel like that when we don't spend time together, or is it just me?

11/15/2025 7 33 14 AM (Delivered 11/15/2025 7 33 15 AM | Read 11/15/2025 7 52 05 AM)

Did you have anything to do with what happened at work on Friday?

11/15/2025 7 52 42 AM (Read 11/15/2025 8 17 44 AM)

Carlton (+18035659938)

**Good morning. I have no idea what you are talking about. I left early yesterday**

11/15/2025 8 20 00 AM (Delivered 11/15/2025 8 20 01 AM | Read 11/15/2025 8 20 14 AM)

Did you discuss our relationship with Paula or anyone with DOS? Or give any kind of complaint about me?

I'm just trying to connect some dots.
like them moving me out of RTS a few weeks ago, and an email that I received from my contractor last night at about 8 PM ...

11/15/2025 8 20 39 AM (Read 11/15/2025 8 24 47 AM)

Carlton (+18035659938)

**Ummm no I didn't. I don't mix work and personal stuff.**

11/15/2025 8 35 56 AM (Delivered 11/15/2025 8 35 57 AM)

Well, I got an email from my contractor last night at 8 PM that my "assignment has ended" due to "concerns and disruptions"? With no explanation as to what they're talking about. There was no warning, no procedure followed, no investigation or opportunity for employee to respond to any kind of accusation. They're saying I'm still eligible for employment through my contractor with other companies, so I don't think they technically "fired me" ...

but they're definitely scrambling due to something they must have recently discovered ... Because they sent this email at 8 PM at night with no official separation paperwork.

I've made sure to get to work early every day and do my workout beforehand, so I'm never late, so they couldn't do anything about that.

11/15/2025 8 36 33 AM (Delivered 11/15/2025 8 36 35 AM | Read 11/15/2025 8 38 42 AM)

If I want to get to the bottom of everything, I'll probably have to get an employment attorney.
Regardless, if you were not the cause, and you didn't already know I thought you should hear it from me before you show up on Monday and I'm not there.

11/15/2025 8:40:51 AM (Read 11/15/2025 8:43:05 AM)

Carlton (+18035659938)

**Oh my gosh! Well first of all I had nothing to do with that. I will NEVER want to affect the way you or anyone else feeds their family. Are you sure it wasn't a complaint from that lady you told me about in letters? I am so sorry that happened to you.**

11/15/2025 8:41:52 AM (Read 11/15/2025 8:43:05 AM)

Carlton (+18035659938)

**In my opinion. They have been doing you wrong ever since you moved to day shift....**

11/15/2025 8:47:17 AM (Delivered 11/15/2025 8:47:17 AM | Read 11/15/2025 8:47:57 AM)

Replying to Carlton, 2025-11-15 08:40:51: « Oh my gosh! Well first of all I had nothing to do with that. I will NEVER want to affect the way y... »

No, her complaint was that I was talking to a coworker that she didn't want me talking to. And she's not a supervisor. She can't tell me not to talk to her or to go to my desk?

And, even if it was that was it... no Written warning or investigation that would've given me a chance to respond or given my friend/the other employee an opportunity to chime in on what happened took place.... so that's not even remotely justifiable.

11/15/2025 8:48:13 AM (Edited 11/15/2025 8:48:35 AM | Delivered 11/15/2025 8:48:14 AM | Read 11/15/2025 8:48:14 AM)

Replying to Carlton, 2025-11-15 08:41:52: « In my opinion. They have been doing you wrong ever since you moved to day shift.... »

It's more like ever since I applied for the DOS adjudicator position and had the audacity to ask why I wasn't given an interview when I have 2 degrees and internal experience.... and their new hires are relatives of other DOS employees and people with no degrees.

Edited

11/15/2025 8:49:04 AM (Delivered 11/15/2025 8:49:04 AM | Read 11/15/2025 8:49:04 AM)

Well, I'll let you get on with the rest of your day. I just wanted to check and make sure there wasn't anything I was missing... Like you hadn't asked them to move me because we broke up or said anything, etc.

11/15/2025 8:49:08 AM (Read 11/15/2025 8:49:09 AM)

Carlton (+18035659938)

**Well like I said, I feel like ever since you came to days you have been done wrong. I can write you a character letter on DOS letterhead etc and make it look all professional if you want?**

11/15/2025 8:49:31 AM (Read 11/15/2025 8:49:31 AM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 08:49:04: « Well, I'll let you get on with the rest of your day. I just wanted to check and make sure there wasn... »**

**I would never do that**

11/15/2025 8:49:39 AM (Read 11/15/2025 8:49:39 AM)

Carlton (+18035659938)

**Do you need to talk?**

11/15/2025 8 50 02 AM (Delivered 11/15/2025 8 50 02 AM | Read 11/15/2025 8 50 13 AM)

Replying to Carlton, 2025-11-15 08:49:08, « Well like I said, I feel like ever since you came to days you have been done wrong. I can write yo... »

That would be helpful. As I am definitely looking for other jobs in the meantime... But I also don't wanna let this go.

11/15/2025 8 50 30 AM (Read 11/15/2025 8 50 30 AM)

Carlton (+18035659938)

**Hey, give me a call real quick**

11/15/2025 8 50 43 AM (Delivered 11/15/2025 8 50 43 AM | Read 11/15/2025 8 50 51 AM)

I don't think I can talk right now. But thank you.

11/15/2025 8 51 38 AM (Read 11/15/2025 8 57 36 AM)

Carlton (+18035659938)

**Well, I am sorry that happened to you if you need anything, let me know. I'll be here.**

11/15/2025 8 52 12 AM (Read 11/15/2025 8 57 36 AM)

Carlton (+18035659938)

**I am still going to write that letter on Monday because I have nothing else to do and I wanna do it so I'll write it and keep it and if you need it later, just let me know**

11/15/2025 9 11 31 AM (Delivered 11/15/2025 9 11 32 AM | Read 11/15/2025 9 18 09 AM)

Thank you, I appreciate that. If you email it to me, I'll include it with my job applications as a letter of reference

11/15/2025 9 18 55 AM (Read 11/15/2025 9 36 23 AM)

Carlton (+18035659938)

**You are very welcome. I will write Monday and email to you to see and review before I sign it. And of course feel free to use me as a reference if you want.**

11/15/2025 11 27 44 AM (Delivered 11/15/2025 11 27 45 AM | Read 11/15/2025 11 28 57 AM)

I was talking to someone and they were telling me that I haven't received any end of employment paperwork and I should still go in. The email is not procedure or adequate.

11/15/2025 11 30 27 AM (Read 11/15/2025 11 41 48 AM)

Carlton (+18035659938)

**I agree. The email doesn't really seem like they are firing you? I mean something like that should be done face to face especially since you have a work badge etc.**

11/15/2025 11 42 25 AM (Delivered 11/15/2025 11 42 26 AM | Read 11/15/2025 11 42 52 AM)

Yes, everyone else told me you were always able to turn it in and walk out. And these people are saying, don't contact anyone from CGI Federal and just mail in your badge.

11/15/2025 11 44 04 AM (Read 11/15/2025 11 45 18 AM)

Carlton (+18035659938)

**I mean "firing" someone on a Friday night at 8pm via email just seems so unprofessional.**

11/15/2025 11 44 39 AM (Read 11/15/2025 11 45 23 AM)

Carlton (+18035659938)

**And I am guessing you don't have your supervisor personal cell to ask them.**

11/15/2025 11 46 04 AM (Delivered 11/15/2025 11 46 05 AM)

I do have her personal cell, but again that would not be procedure. They would need to give me some kind of separation paperwork because I cannot apply for unemployment without it. None of this is typical or procedural... It's like they are just

11/15/2025 11 46 27 AM (Delivered 11/15/2025 11 46 27 AM | Read 11/15/2025 11 46 38 AM)

Scrambling for some reason

11/15/2025 11 48 11 AM (Read 11/15/2025 11 48 38 AM)

Carlton (+18035659938)

**It's crazy in my opinion. Also frustrating, I mean it frustrates me as well because you are a hell of an employee and you know that. Whatever they have against you it's personal which makes no sense.**

11/15/2025 11 53 12 AM (Read 11/15/2025 11 53 38 AM)

Carlton (+18035659938)

**All I know is Kim or Katrina or Shane better not say anything ever to me because I am very upset.**

11/15/2025 11 59 11 AM (Delivered 11/15/2025 11 59 12 AM)

They are hiring relatives of DOS for these adjudicator positions... Which is illegal and I think I've touched a nerve. That's the only thing I can think of that would be "personal"

11/15/2025 12 01 07 PM (Delivered 11/15/2025 12 01 07 PM | Read 11/15/2025 12 01 12 PM)

And perhaps still utilizing DEI policies that Trump got rid of. I mean, I love my friend Chamaria... but I have a paralegal degree, which means I specialize with legal documents. I have a bachelors degree, and I have over a year of internal experience working with passports... And I didn't get even an interview, even though I was approved for level five and level seven and sent to the hiring authority...
In Char on the other hand has no degrees... and the prior experience was working at a sex store and chipotle.

11/15/2025 12 02 45 PM (Read 11/15/2025 12 03 16 PM)

Carlton (+18035659938)

**Funny thing is the other day when I had to give a brief to the new adjudicators, I can tell you that I knew a few of them from when they were contractors and I have no idea how they got picked.**

11/15/2025 12 04 36 PM (Read 11/15/2025 12 04 50 PM)

Carlton (+18035659938)

**I mean of course you are fully qualified. Yeah like I said, because DOS hires a lot from contractors...the process can get unfair with favoritism**

11/15/2025 12 05 15 PM (Delivered 11/15/2025 12 05 16 PM | Read 11/15/2025 12 05 16 PM)

You would be surprised how many of them are related

11/15/2025 12 05 41 PM (Delivered 11/15/2025 12 05 41 PM | Read 11/15/2025 12 05 41 PM)

There were four relatives among customer service... That I know of before one of them got moved to DOS as an ad adjudicator

11/15/2025 12 06 05 PM (Read 11/15/2025 12 06 24 PM)

Carlton (+18035659938)

**Heck. My mentee that I had on night shift for maybe a month, was a contractor and she got fired last week.**

11/15/2025 12 06 36 PM (Delivered 11/15/2025 12 06 36 PM | Read 11/15/2025 12 06 36 PM)

Fired from DOS?

11/15/2025 12 06 37 PM (Read 11/15/2025 12 06 38 PM)

Carlton (+18035659938)

**And I don't think Char will ever get onboarded because of her credit right?**

11/15/2025 12 07 05 PM (Read 11/15/2025 12 07 06 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 12:06:36: « Fired from DOS? »**

**Yes and my old boss Cathy was her supervisor. Now that's hard to do when Cathy is your supervisor**

11/15/2025 12 07 27 PM (Delivered 11/15/2025 12 07 27 PM | Read 11/15/2025 12 07 27 PM)

I think I saw Char in the lunchroom on Friday ... I didn't recognize her first because she didn't have her glasses ... She must've used contacts

11/15/2025 12 07 39 PM (Delivered 11/15/2025 12 07 39 PM | Read 11/15/2025 12 07 39 PM)

That's the only reason I can think she would be moved to dayshift?

11/15/2025 12 08 21 PM (Read 11/15/2025 12 08 21 PM)

Carlton (+18035659938)

**I knew she wasn't catching on as quick as she should because Liz, her mentor after me mentioned it to me and Liz is very smart.**

11/15/2025 12 08 25 PM (Delivered 11/15/2025 12 08 25 PM | Read 11/15/2025 12 08 25 PM)

I don't know for sure if that was her or not ... And I don't know if for sure she started, but the point remains, she was given an interview and offered the position

11/15/2025 12 09 07 PM (Read 11/15/2025 12 09 12 PM)

Carlton (+18035659938)

**Oh Char is on days now?**

11/15/2025 12 09 36 PM (Delivered 11/15/2025 12 09 37 PM | Read 11/15/2025 12 09 37 PM)

I couldn't tell for sure if it was her because there were no glasses on

11/15/2025 12 10 54 PM (Delivered 11/15/2025 12 10 55 PM | Read 11/15/2025 12 11 03 PM)

Oh my gosh, it just hit me this Friday would've been a PDD meeting and they're going to announce all of the new hires likely

11/15/2025 12 12 19 PM (Read 11/15/2025 12 12 26 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 11:59:11: « They are hiring relatives of DOS for these adjudicator positions... Which is illegal and I think I'v... »**

**I also think because you are good at your job and do the job better than people who have been doing it longer than you. Also I think they are jealous of you and me for some reason, but I hope that's not the case.**

11/15/2025 12 13 04 PM (Delivered 11/15/2025 12 13 04 PM | Read 11/15/2025 12 13 04 PM)

Yeah. Shane really had a problem with you coming in to say hi to me the other day And I think someone said something to him about running over toward my desk when you came in .. Because he wasn't at work the next day

11/15/2025 12 13 20 PM (Delivered 11/15/2025 12 13 21 PM | Read 11/15/2025 12 13 21 PM)

I think he's gotten in trouble a time or two for that kind of behavior

11/15/2025 12 13 21 PM (Read 11/15/2025 12 13 22 PM)

Carlton (+18035659938)

Wow

11/15/2025 12 13 38 PM (Delivered 11/15/2025 12 13 38 PM | Read 11/15/2025 12 13 39 PM)

I don't know that for sure, I'm speculating

11/15/2025 12 13 39 PM (Read 11/15/2025 12 13 40 PM)

Carlton (+18035659938)

People are just weird

11/15/2025 12 14 05 PM (Read 11/15/2025 12 14 06 PM)

Carlton (+18035659938)

Like it's so hard for ppl to come to work and mind their business

11/15/2025 12 14 34 PM (Read 11/15/2025 12 14 35 PM)

Carlton (+18035659938)

Not once has Trevor said anything to me about to coming to see me ya know.

11/15/2025 12 15 18 PM (Delivered 11/15/2025 12 15 18 PM | Read 11/15/2025 12 15 18 PM)

Someone in our area of supervisors definitely doesn't like it and we know that for a fact
.. because someone talk to your boss and told you not to come say hi when I was in RTS
But yeah, Trevor is cool with me coming in your section and saying hi to you

11/15/2025 12 16 49 PM (Read 11/15/2025 12 17 00 PM)

Carlton (+18035659938)

Also not to sound reverse racist, but black women can be petty sometimes

11/15/2025 12 17 06 PM (Delivered 11/15/2025 12 17 07 PM | Read 11/15/2025 12 18 08 PM)

I hear ya

11/15/2025 12 19 27 PM (Read 11/15/2025 12 19 35 PM)

Carlton (+18035659938)

It's okay though because I saw Katina or Katrina the DOS supervisor yesterday and walked right past her and did not say a word to her and seemed like she got irritated by that....mission accomplished

11/15/2025 12 20 08 PM (Delivered 11/15/2025 12 20 09 PM | Read 11/15/2025 12 20 21 PM)

I appreciate how defensive you are of me. And that you care about how I am treated

11/15/2025 12 21 02 PM (Read 11/15/2025 12 21 26 PM)

Carlton (+18035659938)

**Of course I am...like seriously. I don't even want to go to work on Monday now**

11/15/2025 12 21 57 PM (Delivered 11/15/2025 12 21 59 PM)

Thank you for that. And you do have the days... So if you wanted to takeoff, so you have time to process, you definitely could. I don't want anything to jeopardize you and your job. I don't want you to react to them.

11/15/2025 12 22 36 PM (Delivered 11/15/2025 12 22 37 PM | Read 11/15/2025 12 22 55 PM)

Seems like you're pretty much untouchable anyways, so you're probably fine

11/15/2025 12 25 00 PM (Read 11/15/2025 12 39 49 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 12:21:57: « Thank you for that. And you do have the days... So if you wanted to takeoff, so you have time to proce... »**

**That's very thoughtful of you, but I think what makes them not like me, besides you...is me not reacting to them. They probably figured when Trevor told me about stepping on RTS carpet that I was going to try to justify myself or whatever, but instead I was like "Got it Sir"**

**• You reacted with on 11/15/2025 12:40:09 PM**

11/15/2025 12 26 16 PM (Read 11/15/2025 12 39 49 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 12:22:36: « Seems like you're pretty much untouchable anyways, so you're probably fine »**

**No I am not untouchable, I just come to work sometimes ...and do my job and do it well and treat everyone with respect so they can't say anything to me.**

11/15/2025 12 27 46 PM (Read 11/15/2025 12 39 49 PM)

Carlton (+18035659938)

**Plus now I make more money with my Air Force retirement and VA disability than I do with my DOS paychecks so honestly I have no problem quitting if they try some crap.**

11/15/2025 12 41 15 PM (Delivered 11/15/2025 12 41 16 PM | Read 11/15/2025 12 41 51 PM)

Replying to you, 2025-11-15 12:22:36: « Seems like you're pretty much untouchable anyways, so you're probably fine »

Yes, you do. I know that you're very good at your job

11/15/2025 12 41 59 PM (Delivered 11/15/2025 12 41 59 PM | Read 11/15/2025 12 41 59 PM)

Replying to Carlton, 2025-11-15 12:27:46: « Plus now I make more money with my Air Force retirement and VA disability than I do with my DOS pa... »

Well, I hope you don't. You're good at your job and I think you like it.

11/15/2025 12 42 26 PM (Read 11/15/2025 12 45 30 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 12:22:36: « Seems like you're pretty much untouchable anyways, so you're probably fine »**

**I mean you are also good at your job and you know this.**

11/15/2025 12 43 10 PM (Read 11/15/2025 12 45 30 PM)

Carlton (+18035659938)

**Replying to you, 2025-11-15 12:22:36: « Seems like you're pretty much untouchable anyways, so you're probably fine »**

**Plus you are confident and not afraid to stand up for yourself....some People don't like that for some reason.**

11/15/2025 12 45 49 PM (Delivered 11/15/2025 12 45 50 PM | Read 11/15/2025 12 46 05 PM)

Thank you. I'm definitely gonna get a run in today to destress

11/15/2025 12 46 49 PM (Read 11/15/2025 12 49 59 PM)

Carlton (+18035659938)

**Yes you should. Remember eagles don't fly at the same height as pigeons**

**• You reacted with 💙 on 11/15/2025 12:50:04 PM**

11/15/2025 4 54 58 PM (Read 11/16/2025 1 10 34 PM)

Carlton (+18035659938)

**Good evening. Just checking to see how you are holding up?**

11/16/2025 1 10 56 PM (Delivered 11/16/2025 1 10 58 PM | Read 11/16/2025 8 09 33 PM)

I'm ok 👍 thanks for asking

11/16/2025 8 09 52 PM (Read 11/16/2025 9 51 38 PM)

Carlton (+18035659938)

**I am glad you are okay and no problem**

11/17/2025 10 05 41 AM (Delivered 11/17/2025 10 05 42 AM)

Carlton, do you swear to me you are not involved in any of this?

11/17/2025 10 06 38 AM (Delivered 11/17/2025 10 06 39 AM | Read 11/17/2025 10 46 42 AM)

I found out who did it ... but they could just be the scapegoat? And could have taken direction from a DOS representative

11/17/2025 10 51 29 AM (Edited 11/17/2025 10 51 54 AM | Read 11/17/2025 10 55 03 AM)

Carlton (+18035659938)

**Replying to you, 2025-11-17 10:05:41: « Carlton, do you swear to me you are not involved in any of this? »**

**Nicole. I swear...like I said. I don't mix work with personal stuff. Also I have no reason to get you in trouble or whatever.**

**• You reacted with on 11/17/2025 10:55:03 AM**