# Exhibit # 21

From: **EOD-FinalDetermination** EOD-FinalDetermination@ice.dhs.gov
Subject: **ICE Final Determination Correspondence – Gray**
Date: **Jul 10, 2026 at 11:57:54 AM**
To: **NICOLEANASTASIA@rocketmail.com**

Greetings,

Attached find the final determination regarding your processing with U.S. Immigration and Customs Enforcement. Please be advised this is a final decision.

Password to follow.

U.S. Immigration and Customs Enforcement

Personnel Security

pdf **EOD - Denial Letter - Gray .pdf**
284 KB

EOD - Denial Letter - Gray.pdf Done

*Office of Professional Responsibility*

U.S. Department of Homeland Security
4050 Alpha Road, Suite 1200
Farmers Branch, TX 75244

**U.S. Immigration and Customs Enforcement**

July 9, 2026

Nicole A. Gray
119 Alwyn Blvd.
Summerville, SC 29485

Dear Nicole A. Gray:

BI Incorporated was selected to support the U.S. Immigration and Customs Enforcement (ICE) through a federally sanctioned procurement process. The contractual agreement requires that individuals nominated by this contractor to support the effort undergo employment screening. Consequently, an investigation was initiated based upon the information you provided on your Standard Form 85P, "Questionnaire for Public Trust Positions," dated January 28, 2026.

Based upon the investigative results, you have been found unfit for the following reason(s):

> ***Misconduct in Employment as evidenced by your actions that led to your termination from Kelly Government Solutions, Washington, District of Colombia, in or around November 2025.***

It has been determined your support on this contract would not promote the integrity or efficiency of ICE. This is a final decision.

Sincerely,

For John Challis
Section Chief
Personnel Security Division

www.ice.gov

Open in Acrobat