# Exhibit # 6

# Sylvia Wright announces candidacy for SC Superintendent, pledging student-focused reforms

by Abigail Quinn
Mon, September 8, 2025 at 9:42 AM
Updated Tue, September 9, 2025 at 1:05 PM



*Monday morning, Sylvia Wright, a self proclaimed lifelong educator and community leader, announced her candidacy for South Carolina Superintendent of Education. (Sylvia Wright)*

0 Comment Share

**TOPICS:** SYLVIA WRIGHT CANDIDACY SOUTH CAROLINA

LOWCOUNTRY, S.C. (WCIV) — Monday morning, Sylvia Wright, a self proclaimed lifelong educator and community leader, announced her candidacy for South Carolina Superintendent of Education.

Wright says that she pledges to put students, teachers and families at the center of South Carolina's education system, with a particular emphasis on advocating for teachers, student-centered innovation, equity across communities and transparency and accountability.

According to her biography, she has over 20 years of experience spanning elementary, secondary, collegiate and district-level leadership. She also states that she plans to bring to the table a deep knowledge of classrooms and a clear vision for systemic change.

"I am running for Superintendent because our children deserve the very best education we can provide," said Wright. "We cannot afford to leave any child behind. I've seen firsthand the challenges and the opportunities in our schools, and I am committed to strengthening teacher support, revitalizing our classrooms, and ensuring every student has the tools to succeed."

**READ MORE | South Carolina students show growth on SC READY assessments**

The pillars of Wright's campaign center on teachers, students, the community and building more transparency and accountability.

She says that as Superintendent of Education she plans to do the following:

- Restoring respect, not only recruit teachers but also retain them.
- Revitalizing arts, STEM, and career-readiness programs to prepare students for the future.
- Ensuring rural, suburban, and urban districts receive the support they need
- Building stronger connections between schools, families, and communities.

"This campaign isn't about politics—it's about people. It's about our children, our teachers, and the future of South Carolina. Together, we can create an education system that reflects the excellence our state deserves."

Wright will be holding two official campaign launch events Sept. 10. The first is a prayer breakfast that will be held at Greater St. James AME Church in Summerville and attended by local pastors and church members. The second is an official campaign kickoff, which will be held at Hyatt Place Airport and Convention Center and attended by parents, teachers, students and South Carolina voters.

AdChoices

Sponsored

## Conversation

Your voice matters. Discussions are moderated for civility. See our guidelines.

Be the first to comment...

**No one seems to have shared their thoughts on this topic yet**

Leave a comment so your voice will be heard first.