Plaintiff, Pro Se

119 Alwyn Boulevard

Summerville, South Carolina 29485

Telephone: 803-724-7144

Email: nicoleanastasia@rocketmail.com

Sent from my iPhone

Documents Sent via Certified Mail for filing:

pdf **Civil Information Sheet and Summons- Gray.pdf**
251 KB

pdf **Nicole_Gray_USM-285_signed.pdf**
977 KB

pdf **Complaint- Nicole Anastasia Gray v. Kelly Government...**
462 KB

pdf **Exhibit 1, 2 and 4- Charge of Discrimination sent Certifi...**
6.7 MB

pdf **Exhibit 3 ?Notice of Right to Sue for EEOC Charge No....**
188 KB

pdf **Exhibit 5 ? Notice of Right to Sue for EEOC Charge No....**
187 KB

pdf **Exhibit 6 ? Additional public records concerning the...**
1.3 MB

pdf **Exhibit 7 ? September 3, 2026 signed ethics...**
2.2 MB

pdf **Exhibit 8 ? Sylvia Wright South Carolina public...**
190 KB

Additional Documents Plaintiff requests be submitted for e-filing by clerk, or that Plaintiff herself be permitted to e-file:

pdf **Completed ao239_1.pdf**
739 KB

pdf **Plaintiff_Answers_Local_Civil_Rule_26_01_Interrogato...**
197 KB

Begin forwarded message:

**From:** DoNotReply@ereceipt.usps.gov
**Date:** October 2, 2026 at 4:56:22 PM EDT
**To:** NICOLEANASTASIA@rocketmail.com
**Subject: USPS eReceipt**

UNITED STATES POSTAL SERVICE®

OAKBROOK
10070 DORCHESTER RD
SUMMERVILLE, SC 29485-9998
www.usps.com

10/02/2026 04:55 PM

---

TRACKING NUMBERS
9589 0710 5270 4233 2791 62

---

TRACK STATUS OF ITEMS BY LINK
(Up to 25 items)
Click to track items

---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5x16 | 1 | $3.19 | $3.19 |
| Priority Mail® Charleston, SC 29401 Weight: 3 lb 13.90 oz Expected Delivery Date | 1 | | $13.45 |

Wed 10/07/2026

| | |
|---|---|
| Insurance<br>Up to $100.00 included | $0.00 |
| Certified Mail®<br>Tracking #:<br>9589 0710 5270 4233 2791 62 | $5.55 |
| Total | $19.00 |

---

| | |
|---|---|
| Grand Total: | $22.19 |

---

| | |
|---|---|
| Credit Card Remit | $22.19 |

Card Name: VISA
Account #: XXXXXXXXXXXX2581
Approval #: 03795D
Transaction #: 400
AID: A0000000031010 Contactless
AL: VISA CREDIT

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/pos?mt=9
or call 1-800-410-7420.

---

UFN: 458481-0485
Receipt #: 840-54300371-4-6013285-1
Clerk: 75

**Privacy Act Statement:** Your information will be used to provide you with an electronic receipt for your purchase transaction via email. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we will be unable to process your request to receive an electronic receipt. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to process servers; to domestic government agencies if needed as part of their duties; and to a foreign government agency for violations and alleged violations of law. For more information on our privacy policies visit www.usps.com/privacypolicy.

This is an automated email. Please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of this email by you is prohibited.