# Exhibit # 19

11/29/2025 1 10.45 PM (Read 11/29/2025 1 14.43 PM)

Carlton (+18035659938)

**Good afternoon. Okay**

11/29/2025 1 16.19 PM (Delivered 11/29/2025 1:16.19 PM | Read 11/29/2025 5 05:14 PM)

I guess there's not much you can say to that... just processing over here

11/29/2025 5 05.26 PM (Read 11/29/2025 7 13 10 PM)

Carlton (+18035659938)

**Same**

11/30/2025 3:43 55 PM (Delivered 11/30/2025 3:43 57 PM | Read 11/30/2025 9:08 11 PM)

Hope you have a safe flight home today

11/30/2025 9.08 15 PM (Read 11/30/2025 9.14 20 PM)

Carlton (+18035659938)

**Thank you**

12/1/2025 6 35 28 AM (Delivered 12/1/2025 6 35 30 AM | Read 12/1/2025 6 41.00 AM)

Carlton, did you move back in with your wife?

12/1/2025 6 41 26 AM (Edited 12/1/2025 6 41 57 AM | Read 12/1/2025 6 43 25 AM)

Carlton (+18035659938)

**What are you talking about. No, I am at work. Got in late last night.**

12/1/2025 6 43 01 AM (Read 12/1/2025 6 43 25 AM)

Carlton (+18035659938)

**I am sick and tired of you bringing this up. Like really sick and tired of it. I just want to be left alone right now.**

12/1/2025 6 59 03 AM (Edited 12/1/2025 6 59 23 AM | Delivered 12/1/2025 6.59 06 AM | Read 12/1/2025 6 59 30 AM)




Edited

12/1/2025 6 59 03 AM (Edited 12/1/2025 6 59 23 AM | Delivered 12/1/2025 6 59 06 AM | Read 12/1/2025 6 59 30 AM)

Well. Sylvia is really doubling down on the image that you guys are together. She put this on her campaign website. Why would she risk her campaign to put out a lie?

Edited

12/1/2025 6:59 41 AM (Delivered 12/1/2025 6.59 41 AM | Read 12/1/2025 6.59.41 AM)

And I kind of started doing some digging. And took my head out of the sand for the first time, and what I m finding Carlton is not pretty

12/1/2025 7:01:42 AM (Edited 12/1/2025 7:05:34 AM | Read 12/1/2025 7.04 28 AM)

Carlton (+18035659938)

**You need to quit obsessing with her first of all. I have nothing to do with what she posts. Like I said I am at work right now and I would appreciate it if you left me alone. This is really unhealthy. If you think whatever, then just do yourself a favor and delete my number from your phone.**

12/1/2025 7 05 27 AM (Delivered 12/1/2025 7.05.28 AM | Read 12/1/2025 7.05.28 AM)

Meaning you don't wanna talk right now because you're at work. Or the subject makes you uncomfortable and you don't wanna talk at all. Because it's not Sylvia that I give a crap about it's you. And what has happened over the last year and what has happened with my job

12/1/2025 7.07:27 AM (Read 12/1/2025 7 07 27 AM)

Carlton (+18035659938)

**Meaning I am not going to sit here and be accused of some that's false. I had nothing to do with your job and I am willing to bet she had nothing to do with it either.**

12/1/2025 7:08 58 AM (Edited 12/1/2025 7 09 57 AM | Delivered 12/1/2025 7 08 58 AM)

Which part... Me asking you if you moved in with her? That's not an accusation. It's a question and I think it's fair.
You're in my driveway last week, we're kissing and making out with each other and you're bringing up us having a child together... Were you just doing all of that so that I would sleep with you?
But I don't have a right to ask you if you moved back in with her?

Edited

12/1/2025 7 09.42 AM (Delivered 12/1/2025 7 09 42 AM | Read 12/1/2025 7 09.56 AM)

You're right the situation is not healthy

12/1/2025 7 11 55 AM (Edited 12/1/2025 7:16:41 AM | Read 12/1/2025 7 12 08 AM)

Carlton (+18035659938)

**The answer is no to moving back, no to me having anything to do with your job. Now I am actually really upset right now, so please leave me alone and stay away from me.**

12/1/2025 7 34.15 AM (Delivered 12/1/2025 7.34 16 AM | Read 12/1/2025 7 35.06 AM)

OMG... is this you freaking out because I'm onto the truth... like when you freaked out right before I caught you lying about being divorced and you accused me of "harassing" you?

You were at my house, about to sleep in my bed last Tuesday night? And faced with this question, you want me to "stay away". You have been coming to my house? Not the other way around

12/1/2025 7.38.28 AM (Read 12/1/2025 8 13 04 AM)

Carlton (+18035659938)

**Wrong again, you will never get the please of me seeing me "freaking out". Well from now on I will not come to yours and you will not come to mine...problem solved. Why do I think this is because I didn't message you back within 5 minutes yesterday.**

12/1/2025 8:58:40 AM (Delivered 12/1/2025 8:58:41 AM | Read 12/1/2025 9:17:14 AM)

Telling me not to come to your apartment at this point in time... Just makes me think I'm right. But Carlton, that wouldn't prevent me from finding out the truth. It didn't last time. I went around you, I called the courthouse, and I found out you lied.

12/1/2025 9:21:41 AM (Read 12/1/2025 9:57:44 AM)

Carlton (+18035659938)

**You can think whatever you want. It's obvious you don't respect boundaries because you feel the need to text me at 6:35 am when you know I am at work, you can verify that through one of your spies here if you want. You have no idea what I might be dealing with at work, but see you don't care, you just want to keep on asking me the same questions over and over. My suggestion to you would be to stay off Facebook and focus on finding a new job. I am really upset at you right now so I am going to go before I say something to you that I don't mean.**

12/1/2025 12:30:27 PM (Delivered 12/1/2025 12:30:28 PM)

That's bull. We message each other all day every day at work using Microsoft teams. The only difference is I'm texting you now instead of that.

You don't like the topic of discussion. And to be honest, I'm pretty upset with you too.

And yes, thank you for pointing that out. I do have several difficult things on my plate, including the job situation now.

12/5/2025 6:30:20 PM (Delivered 12/5/2025 6:30:22 PM)

Still don't hate you... wanted to let you know that before I go out so that you know it's fully me talking and not the wine.

12/5/2025 7:15:58 PM (Read 12/5/2025 7:17:52 PM)

Carlton (+18035659938)

**Okay. Same, be careful please.**

12/5/2025 7:18:09 PM (Delivered 12/5/2025 7:18:10 PM | Read 12/5/2025 7:19:47 PM)

Yes sir

12/5/2025 7:19:55 PM (Read 12/5/2025 7:20:03 PM)

Carlton (+18035659938)

***Attachment not found: IMG_3096.heic (image)***

12/5/2025 7:20:16 PM (Delivered 12/5/2025 7:20:16 PM | Read 12/5/2025 7:23:33 PM)

What are you doing to me?

12/5/2025 7:23:47 PM (Read 12/5/2025 7:30:45 PM)

Carlton (+18035659938)

**Nothing. Sorry..go enjoy yourself**

12/5/2025 7:31:22 PM (Delivered 12/5/2025 7:31:23 PM)

I might let you see me 😮

12/5/2025 7 35 38 PM (Edited 12/5/2025 7.36.01 PM | Delivered 12/5/2025 7:35 38 PM)

I had a few hours to kill at Montrsuxs with my girlfriend while we waited for our girls to finish the " cookie exchange" get together. Then I have to pick them up and take them to meet Brianna just after 8PM for their sleepover

Edited

12/5/2025 7 36 16 PM (Delivered 12/5/2025 7 36 18 PM | Read 12/5/2025 7 53 42 PM)

And who knows after that?

12/5/2025 7 54 00 PM (Read 12/5/2025 7 55 37 PM)

Carlton (+18035659938)

**It's okay, It's raining so drive safe**

12/5/2025 8.25 12 PM (Delivered 12/5/2025 8 25 13 PM | Read 12/5/2025 8 54 02 PM)

You too

12/5/2025 10 05 51 PM (Delivered 12/5/2025 10 05 52 PM | Read 12/5/2025 10 14 58 PM)

Good night

12/5/2025 10 15 05 PM (Read 12/5/2025 10 20:22 PM)

Carlton (+18035659938)

**Good night**

12/6/2025 12.49.11 AM (Delivered 12/6/2025 12 49.11 AM)

OK Carlton I changed my mind. I think I do hate you. Why did you lie about moving back in with her?

12/6/2025 12 50.08 AM (Delivered 12/6/2025 12:50 08 AM)

You lied to me about moving back in with her, you lied to me about being divorced, and so you didn't have to deal with any conflict at work you had me fired. Your life is about to change and her campaign is over.

12/6/2025 12 50.25 AM (Delivered 12/6/2025 12:50 25 AM)

I don't feel bad for you. I'm not holding back and I'm not giving you any mercy. If your clearance is revoked because you lied about being married multiple times, and I have all of this in writing, so be it

12/6/2025 12 50 43 AM (Delivered 12/6/2025 12.50:45 AM)

I'm going to be releasing all of this publicly tomorrow morning

12/6/2025 12 52 04 AM (Delivered 12/6/2025 12.52:04 AM)

When you told me not to go by your apartment on Monday, you showed your hand and that's when I knew... Was just waiting to verify before I made my move

12/6/2025 12 52 20 AM (Delivered 12/6/2025 12 52.20 AM | Read 12/6/2025 12 52 24 AM)

I have already sent screenshots of your messages to the person running against your wife ... Just a few. But now I'm gonna send her everything

12/6/2025 12.52 42 AM (Delivered 12/6/2025 12.52:42 AM)

You should've been honest I could've dealt with that and you should've let me keep my job

12/6/2025 1 10 41 AM (Delivered 12/6/2025 1 10 41 AM)

Did you really think you were gonna get away with this? That I was never gonna find out?

12/6/2025 1:16:01 AM (Delivered 12/6/2025 1 16:01 AM)

↩ Replying to Carlton, 2025-12-01 07:07:27: « Meaning I am not going to sit here and be accused of some that's false. I had nothing to do wit... »

What a liar! And if you would lie about moving in with her, I'm sure you would lie about my job. That's why you felt so guilty that you wrote me a letter of recommendation on United States Department letterhead! Well, Carlton, if I get you fired, I'll make sure I write you a letter of recommendation too.

12/6/2025 1:16:41 AM (Delivered 12/6/2025 1:16 41 AM)

Because that would make everything all better.

12/6/2025 1:28:49 AM (Edited 12/6/2025 1:29:07 AM | Delivered 12/6/2025 1:28:50 AM)

And tomorrow, I'm gonna find out exactly how long it's been since you moved in with her. And if those dates coincide with when they moved me from my position in RTS, everybody's in trouble

Edited

12/10/2025 12:29:59 AM (Delivered 12/10/2025 12:30:06 AM)

https://rumble.com/v72s0x6-wright.html

12/10/2025 12:29:59 AM (Delivered 12/10/2025 12:30:06 AM | Read 12/10/2025 4:13:14 AM)

I think I'm finally ready to share this with you.

12/10/2025 5:38:54 AM (Read 12/10/2025 7:03:33 AM)

Carlton (+18035659938)

**Well I am speechless. You probably have nothing to say to me anymore, but I do have words for you. Since our messages are no longer private if you want to talk, it will have to be a phone conversation if you want. If not, I understand.**

12/11/2025 8:09:26 PM

I don't hate you

12/12/2025 6:32:35 AM (Edited 12/12/2025 6:32:43 AM | Read 12/12/2025 6:32:43 AM)
Carlton unsent a message

12/19/2025 10:47:28 PM (Delivered 12/19/2025 10:47:29 PM)

You broke me

12/19/2025 11:05:58 PM (Read 12/19/2025 11:08:42 PM)

Carlton (+18035659938)



12/19/2025 11:05:58 PM (Read 12/19/2025 11:08:42 PM)

Carlton (+18035659938)

I should not even be communicating with you right now. Not sure if you came by my old apartment that night you called me. However just so you know this is not regular water but it was sewer water from when a line busted while I was out of town. At the time since it was a hazardous or whatever they let me move units or end my lease.

12/19/2025 11:09:27 PM (Delivered 12/19/2025 11:09:28 PM | Read 12/19/2025 11:10:27 PM)

Do you still live in the same apartment complex?

12/19/2025 11:10:59 PM (Read 12/19/2025 11:11:00 PM)

Carlton (+18035659938)

And all of those close I had to throw away because of smell. Luckily my renters insurance covered a lot.

12/19/2025 11:11:41 PM (Delivered 12/19/2025 11:11:42 PM | Read 12/19/2025 11:11:42 PM)

So did you end your lease and move in with your wife?

12/19/2025 11:12:14 PM (Read 12/19/2025 11:12:21 PM)

Carlton (+18035659938)

Also just to let you know. Thanks to you dropping my email address. In my 45 years on earth, I have never been called Nigger directly but my email is full of racist emails.

12/19/2025 11:12:27 PM (Read 12/19/2025 11:12:27 PM)

Carlton (+18035659938)

Replying to you, 2025-12-19 23:11:41: « So did you end your lease and move in with your wife? »

No

12/19/2025 11:13:21 PM (Delivered 12/19/2025 11:13:21 PM | Read 12/19/2025 11:13:43 PM)

What happened?

12/19/2025 11:14:25 PM (Read 12/19/2025 11:14:35 PM)

Carlton (+18035659938)

Doesn't matter. Sorry I don't want to talk anymore tonight

12/19/2025 11:14:42 PM (Delivered 12/19/2025 11:14:42 PM | Read 12/19/2025 11:14:43 PM)

Ok

12/19/2025 11:15:11 PM (Edited 12/19/2025 11:15:34 PM | Read 12/19/2025 11:15:33 PM)
Carlton unsent a message

12/19/2025 11:15:53 PM (Delivered 12/19/2025 11:15:53 PM | Read 12/19/2025 11:18:34 PM)

What did you unsend?

12/19/2025 11:18:43 PM (Read 12/19/2025 11:20:20 PM)

Carlton (+18035659938)

Nothing. Goodnight

12/19/2025 11:20:26 PM (Delivered 12/19/2025 11:20:26 PM)

Ok

12/19/2025 11:21:31 PM (Delivered 12/19/2025 11:21:32 PM)

I know you moved back in ... and I know your wife didn't want us working together

12/19/2025 11 22 24 PM (Delivered 12/19/2025 11 22 24 PM | Read 12/19/2025 11 22 33 PM)

Dont bother denying you stayed there

12/19/2025 11 24 54 PM (Read 12/19/2025 11.24:55 PM)

Carlton (+18035659938)

**Neither her nor me got you fired, but you can believe what you want. I did not stay there. Look I am going to bed. I don't hate you.**

12/19/2025 11 25 10 PM (Delivered 12/19/2025 11 25 10 PM)

Ok

12/19/2025 11:25:19 PM (Delivered 12/19/2025 11 25 19 PM | Read 12/19/2025 11 25 57 PM)

Whatever you say

12/19/2025 11 26:53 PM (Read 12/19/2025 11 26.53 PM)

Carlton (+18035659938)



12/19/2025 11 27 24 PM (Delivered 12/19/2025 11 27 26 PM | Read 12/19/2025 11.27.31 PM)



12/19/2025 11 27 24 PM (Delivered 12/19/2025 11 27 26 PM | Read 12/19/2025 11 27:31 PM)

So ... Thats not your truck at the marital residence

12/19/2025 11 27 46 PM (Delivered 12/19/2025 11 27:46 PM | Read 12/19/2025 11 27 54 PM)

Aren't you tired of lying

12/19/2025 11:31:48 PM (Read 12/19/2025 11.31:49 PM)

Carlton (+18035659938)

**Wow that's definitely not stalking. But okay, just because there is a reason my truck is there but I will not explain**

12/19/2025 11.32.24 PM (Delivered 12/19/2025 11.32 24 PM | Read 12/19/2025 11:32:59 PM)

No explanation would work

12/19/2025 11:33 16 PM (Delivered 12/19/2025 11 33 16 PM | Read 12/19/2025 11:33:16 PM)

You were sleeping with both of us at the same time

TAK
FILED

2026 APR 13 PM 2:47
BERKELEY COUNTY, SC

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE FAMILY COURT OF THE NINTH JUDICIAL CIRCUIT |
| COUNTY OF BERKELEY | ) | CASE NO.: 2026-DR-08-6058 |
| SYLVIA WRIGHT, Plaintiff, | ) | |
| -v- | ) | **COMPLAINT** |
| CARLTON WRIGHT, Defendant. | ) | |

Plaintiff above-named, complaining of Defendant herein, would respectfully show unto this Honorable Court as follows:

1. Plaintiff is a resident of Berkeley County in the State of South Carolina and has so resided for a period in excess of one (1) year prior to filing this action.
2. Defendant is a resident of Berkeley County in the State of South Carolina and has so resided for a period in excess of one (1) year prior to filing this action.
3. Plaintiff and Defendant are husband and wife having been lawfully married on July 19, 1999 in the State of South Carolina.
4. Two children were born of the parties' marriage, both of whom are over the age of eighteen and emancipated. No additional children were born or adopted of the parties' marriage and no additional children are expected of the parties' marriage.
5. The parties hereto, the subject matter hereof, and all matters and things hereinafter alleged are within the jurisdiction of this Court.
6. The parties separated on or about March 6, 2026, when Defendant left the former marital home.



Written request for a final hearing in this case must be delivered [illegible] to the Clerk's Office [illegible] 4-13-07. Failure to comply with [illegible] notice [illegible] result in the dismissal of this case [illegible]

7. Plaintiff is informed and believes that she should be allowed to live separate and apart from Defendant as fully as if she were unmarried, pendente lite and permanently.

8. Plaintiff is informed and believes that the parties will be able to amicably resolve the issues of equitable distribution and all other issues surrounding the dissolution of their marriage.

9. Plaintiff is informed and believes that should the parties reach such a resolution, this Court should approve an agreement and that such agreement should become the Order of the Court.

10. Plaintiff is informed and believes that if the parties are not able to reach an agreement, then she should be allowed to amend her Complaint to seek certain relief from the Court.

11. Plaintiff is informed and believes that both parties are capable of self-support and that neither party should receive alimony or spousal support.

12. Plaintiff is informed and believes that she should have the sole and exclusive use and possession of the parties' marital home, free and clear from any claim by Defendant, *pendente lite* and permanently.

13. Plaintiff is informed and believes that she should maintain sole and exclusive ownership, use and possession of the vehicle currently in her possession free and clear from any claim by Defendant, *pendente lite* and permanently.

14. Plaintiff is informed and believes that Defendant should maintain sole and exclusive ownership, use and possession of the vehicle currently in his possession, free and clear from any claim by Plaintiff, *pendente lite* and permanently.

15. Plaintiff is informed and believes that the parties have acquired a marital estate, including, but not limited to, real property, personal property, pension/retirement accounts, investment

accounts, and other financial accounts, and that the entire marital estate is subject to equitable distribution, *pendente lite* and permanently.

16. Plaintiff is informed and believes that the parties have certain marital debts which should be subject to equitable distribution, *pendente lite* and permanently.

17. Plaintiff is informed and believes that the parties should maintain any and all insurance policies currently in place until such time as they may mutually agree, in writing, to make any changes to such policies.

18. Plaintiff is informed and believes that the parties should be mutually restrained from harming, harassing, or intimidating the other or in any way interfering with each other's peaceful existence, whether in person, via telephone, via email/text message or via any other manner whether at home or at work.

19. Plaintiff is informed and believes that the parties should be mutually restrained from liquidating or dissipating any marital funds or marital property pending further Order of this Court or agreement of the parties.

20. Plaintiff is informed and believes that the parties should be mutually restrained from incurring any additional debt for which the other could be held liable.

21. Plaintiff is informed and believes that Defendant should be required to pay his own and Plaintiff's attorney's fees and costs associated with this matter, *pendente lite* and permanently.

22. Plaintiff is informed and believes that the Court should award the above-requested relief and any additional relief which the Court deems necessary or appropriate.

WHEREFORE, Plaintiff respectfully requests this Court to issue its Order as follows:

1. Allowing Plaintiff to live separate and apart from Defendant as fully as if unmarried;

2. Awarding neither party alimony or spousal support;
3. Granting the sole use and possession of the parties' marital home to Plaintiff, free and clear from any claim by Defendant, *pendente lite* and permanently;
4. Allowing Plaintiff to maintain sole and exclusive ownership, use and possession of the vehicle currently in her possession, free and clear from any claim by Defendant, *pendente lite* and permanently;
5. Allowing Defendant to maintain sole and exclusive ownership, use and possession of the vehicle currently in his possession, free and clear from any claim by Plaintiff, *pendente lite* and permanently;
6. Equitably distributing the entire marital estate of the parties, including but not limited to, real property, personal property, pension/retirement accounts, investment accounts, bank account, etc., *pendente lite* and permanently.
7. Equitably distributing certain marital debts, *pendante lite* and permanently;
8. Requiring the parties to maintain any and all insurance policies currently in place until such time as they may mutually agree, in writing, to make any changes to such policies;
9. Mutually restraining the parties from harming, harassing, or intimidating the other or in any way interfering with each other's peaceful existence, whether in person, via telephone, via email/text message or via any other manner whether at home or at work;
10. Mutually restraining the parties from liquidating or dissipating any marital funds or marital property pending further Order of this Court or agreement of the parties;
11. Mutually restraining the parties from incurring any additional debt for which the other could be held liable;

12. Requiring Defendant to pay his own and to contribute to Plaintiff's legal fees and costs associated with this matter, *pendente lite* and permanently; and

13. Any and all other additional relief which the Court deems necessary or appropriate.

RESPECTFULLY SUBMITTED,

Mary J. Murray, Esq.
Giulia S. Leonard, Esq.
Murray Family Law, LLC
56 Folly Road Blvd.
Charleston, South Carolina 29407
Telephone: (843) 284-6529
Email: mjmurray@lawyershmp.com
giulia@lawyershmp.com

ATTORNEYS FOR PLAINTIFF

April 9th, 2026

Charleston, South Carolina

TAK

FILED

2026 MAR 13 PM 12:47

CLERK OF COURT
BERKELEY COUNTY, SC

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE FAMILY COURT OF THE NINTH JUDICIAL CIRCUIT |
| COUNTY OF BERKELEY | ) | CASE NO.: 2026-DR-08-1058 |
| SYLVIA WRIGHT, Plaintiff, | ) | |
| -v- | ) | **SUMMONS** |
| CARLTON WRIGHT, Defendant. | ) | |

TO THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you; and to serve a copy of your Answer to the said Complaint upon the subscribers at their offices at 56 Folly Road Blvd., Charleston, South Carolina, within thirty (30) days after the service hereof; exclusive of the day of such service.

YOU ARE HEREBY GIVEN NOTICE FURTHER that if you fail to appear and defend and answer the said Complaint as required by this Summons within the time required, exclusive of the day of such service, judgment by default will be entered against you for the relief demanded in the Complaint.

RESPECTFULLY SUBMITTED,

Mary J. Murray, Esq.
Giulia S. Leonard, Esq.
Murray Family Law, LLC
56 Folly Road Blvd.
Charleston, SC 29407
(843) 284-6529

ATTORNEYS FOR PLAINTIFF

April 9th, 2026
Charleston, South Carolina

STATE OF SOUTH CAROLINA ) IN THE FAMILY COURT
COUNTY OF Berkeley ) NINTH JUDICIAL CIRCUIT

SYLVIA WRIGHT, Petitioner,

vs.

CARLTON WRIGHT, Respondent.

FAMILY COURT COVERSHEET

Docket No. 2026-DR-08-658

TAK
FILED
2026 APR 13 PM 12:47

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for docketing purposes for the Clerk of Court and must be signed and dated, and filled out completely. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

| | | | |
|---|---|---|---|
| Submitted by: | Mary J. Mulrray | SC Bar #: | 68502 |
| Address: | 56 Folly Road Blvd. | Telephone #: | (843) 284-6529 |
| | Charleston, SC 29407 | Fax #: | |
| Email: | mjmurray@lawyershmp.com | Other: | kami@lawyershmp.com |

DOCKETING INFORMATION

☐ This case is subject to MEDIATION pursuant to the Family Court Alternative Dispute Resolution Rules.
☐ This case is exempt from ADR (certificate attached).

Nature of Action Codes (Check One)

**Marital Dissolution**
- ☐ Divorce (110)
- ☐ Annulment (120)
- ☒ Separate Support and Maintenance (130)
- ☐ Registration of Foreign Divorce Decree – without support/custody (190)
- ☐ Registration of Foreign Divorce Decree – with support/custody (191)
- ☐ Marital Dissolution – Other (199):

**Abuse and Neglect**
- ☐ Abuse and Neglect – Child (210)
- ☐ Abuse and Neglect – Adult (220)
- ☐ Abuse and Neglect – Other (299):

**Juvenile Delinquency**
- ☐ Truancy (311)
- ☐ Incorrigible (312)
- ☐ Runaway (313)
- ☐ Criminal Offense – Drug (315)
- ☐ Criminal Offense – Against a Person (316)
- ☐ Criminal Offense – Property (317)
- ☐ Criminal Offense – Public Order (318)
- ☐ Criminal Offense – Other (320): ________
- ☐ Juvenile Delinquency – Other (399):

**Protection from Domestic Abuse**
- ☐ Domestic Abuse – Intimate Partner (410)
- ☐ Domestic Abuse – Minor (420)
- ☐ Registration of Foreign Order of Protection (490)
- ☐ Domestic Abuse – Other (499):

**Support**
- ☐ Child Support – Private (501)
- ☐ Child Support – Administrative Process (502)
- ☐ Child Support – Judicial Process (503)
- ☐ Registration of Foreign Order of Support (504)
- ☐ UIFSA – Outgoing (505)
- ☐ UIFSA – Incoming (506)
- ☐ Modification of Child Support – Private (507)
- ☐ Modification of Child Support – DSS (508)
- ☐ Modification of Alimony (525)
- ☐ College Expenses (530)
- ☐ Support – Other (599):

**Custody/Visitation**
- ☐ Child Custody/Visitation (610)
- ☐ Modification of Custody/Visitation (615)
- ☐ Temporary Custody – Nonparent (616)
- ☐ Registration of Foreign Child Custody Order (690)
- ☐ Visitation Involvement Parenting (VIP) (DSS only) (691)
- ☐ Custody/Visitation – Other (699):

**Miscellaneous Actions**
- ☐ Name Change (710)
- ☐ Correction/Birth Record (720)
- ☐ Adoption (740)
- ☐ Foreign Adoption (741)
- ☐ Paternity – DSS (772)
- ☐ Paternity – Private (781)
- ☐ Judicial Bypass (730)
- ☐ Post Dissolution Equitable Distribution (750)
- ☐ Termination of Parental Rights – Private (771)
- ☐ Termination of Parental Rights – DSS (772)
- ☐ Misc. Actions – Other (799):

Submitting Party Signature: ________ Date: 4/9/26
Custodial Parent (if applicable): N/A

Note: Frivolous civil proceedings are subject to sanctions pursuant to Rule 11, SCRCP, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §§ 15-36-10 et seq.
SCCA 467 (Revised 11/2024)